IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit corporation, | ) ) ) ) |
| Plaintiff, | ) Hon. ) No. ) |
| vs. | ) ) |
| REX TRUCKING, INC., a Division of Louisiana Transportation, Inc. | ) COMPLAINT   B-02-135 ) ) |
| Defendant. | ) ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Comes now The National Hispanic Circus, Plaintiff in this action and moves this Court for leave for Stephen J. Chapman to appear pro hac vice on behalf of Plaintiff. In support thereof, Plaintiff would show the Court the following:

1. Plaintiff has also appointed Roger Albright as counsel as evidenced by the signature on this Motion. Co-counsel Albright is an attorney in good standing licensed to practice by the State Bar of Texas and is an attorney admitted to practice before the United States District Court for the Southern District of Texas.

2. Stephen J. Chapman is an attorney in good standing and licensed to practice law in the State of Texas. He has not been subject to any disciplinary action. Stephen J. Chapman has been admitted to practice before the United States District Court for the Northern District of Texas and the Eastern District of Texas. He is also admitted to practice before the

MOTION FOR LEAVE TO APPEAR PRO HAC VICE - Page 1

Court of Appeals for the Fifth Circuit and will apply for admission to the Southern District of Texas as soon as practicable.

WHEREFORE, premises considered, Plaintiff prays that this Court grant leave for Stephen J. Chapman to appear pro hac vice.

Respectfully submitted,

_____
Roger Albright
(Bar No. 009 745 80)
Law Offices of Roger Albright
Stephen J. Chapman
(Bar No. 240 018 70)
Law Office of Stephen J. Chapman
3301 Elm Street
Dallas, Texas 75226-1637
(214) 939-9222
(214) 939-9229 Fax