ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Hon. No. |
| vs. | ) ) | |
| REX TRUCKING, INC., a Division of Louisiana Transportation, Inc. | ) ) ) ) | COMPLAINT  B-02-135 |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR
## LEAVE TO APPEAR PRO HAC VICE

Stephen J. Chapman is allowed to appear pro hac vice for The National Hispanic Circus, Plaintiff in the above styled and numbered cause.

ORDERED, ADJUDGED and DECREED this the ___8___ day of July, 2002.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

ORDER GRANTING MOTION FOR
LEAVE TO APPEAR PRO HAC VICE - Page 1