United States District Court
Southern District of Texas
FILED

JUL 22 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION No. B-02-135 |
| vs. | ) ) | |
| REX TRUCKING, INC., a Division of Louisiana Transportation, Inc. | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTERESTED PARTIES

Comes now The National Hispanic Circus, Plaintiff in this action and pursuant to the Court's Order For Conference and Disclosure of Interested Parties would show the Court the following:

1.   To Plaintiff's knowledge the following are presently the interested parties:

PLAINTIFF:

Hispanic National Circus d/b/a Circo Mundial
Ernesto Vilanova
315 E. Kingsbridge Road
Bronx, N.Y. 10458

Oquendo Ramirez Zayas Torres Martinez, LLP
Ricardo Oquendo
315 E. Kingsbridge Road
Bronx, N.Y. 10458

Law Offices of Roger Albright
Law Office of Stephen J. Chapman
3301 Elm Street
Dallas, Texas 75226-1637

DEFENDANT:

Rex Trucking
Jorge Ortiz
505 North Belt St. Suite 530
Houston, Texas 77060

Louisiana Trucking, Inc.
Leo Blumenauer
103 Row One
Lafayette, Louisiana 70508

Hoover Slovaceck, LLP.
G. Stephen Parrott
5847 San Felipe, Suite 2200
Houston, Texas 77057

Respectfully submitted,

Roger Albright
(Bar No. 009 745 80)
Law Offices of Roger Albright
Stephen J. Chapman
(Bar No. 240 018 70)
Law Office of Stephen J. Chapman
3301 Elm Street
Dallas, Texas 75226-1637
(214) 939-9222
(214) 939-9229 Fax