# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Texas

Case Number: B-02-135

United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

Plaintiff:
**THE NATIONAL HISPANIC CIRCUS, INC., a New York not-for-profit corporation**

vs.

Defendant:
**REX TRUCKING, INC., a Division of Louisiana Transportation, Inc.**

For:
Roger Albright
3301 Elm Street
Dallas TX 75226-1637

Received by AMERICAN CIVIL PROCESS SERVICES, INC. on the 11th day of July, 2002 at 10:30 am to be served on **REX TRUCKING, INC. by delivering to its Registered Agent, G. STEPHEN PARROTT @ Hoover, Slovaceck, L.L.P., 5847 San Felipe, Suite 2200, Houston, Harris County, Texas 77057**.

I, Joe Barak, being duly sworn, depose and say that on the **15th day of July, 2002 at 12:45 pm**, I:

DELIVERED to the within named **CORPORATION** a true copy of the **SUMMONS IN A CIVIL CASE/PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND with MOTION FOR LEAVE TO APPEAR PRO HAC VICE and ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES attached** with the date of service endorsed thereon by me by personal delivery to G. STEPHEN PARROTT as **Registered Agent** of the within named corporation, REX TRUCKING, INC. in compliance with state statutes at 5847 San Felipe, Suite 2200, Houston, Harris County, Texas 77057 .

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Joe Barak
Process Server

On this day personally appeared affiant, known to me personally to be the person whose name is subscribed to the foregoing return and, being by me duly sworn, declare under oath that the statements therein are true and correct. Subscribed and Sworn to before me on the 16th day of July, 2002.

NOTARY PUBLIC

CAROL SANFORD
MY COMMISSION EXPIRES
NOVEMBER 3, 2002

AMERICAN CIVIL PROCESS SERVICES, INC.
P.O. Box 96577
Houston, TX 77213-6577
(743) 453-6288

Serial Number: 2002002484

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3t

ORIGINAL

# UNITED STATES DISTRICT COURT

_____ District of _____ TEXAS

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., a New York not-for-profit corporation<br>V.<br><br>REX TRUCKING, INC., a Division of Louisiana Transportation, Inc. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: **B-02-135** |

TO: (Name and address of Defendant)

> REX TRUCKING, INC.
> by and through its Registered Agent:
> G. Stephen Parrott
> c/o Hoover, Slovaceck, L.L.P.
> 5847 San Felipe, Suite 2200
> Houston, TX  77057

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Roger Albright
> Stephen J. Chapman
> 3301 Elm Street
> Dallas, Texas  75226-1637
> (214) 939-9222

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

_Lourdes Mardis_    _July 2, 2002_
CLERK  Deputy Clerk                       DATE

_____
(By) DEPUTY CLERK