Patrick D. Sullivan
State Bar No. 00791758
Federal Bar No. 18191
**HOOVER SLOVACEK LLP**
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR DEFENDANT**
**REX TRUCKING, INC. A DIVISION**
**OF LOUISIANA TRANSPORTATION, INC.**

United States District Court
Southern District of Texas
FILED

JUL 3 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION | § § § § | |
| VS. | § § | CASE NUMBER B-02-135 |
| REX TRUCKING, INC., A DIVISION OF LOUISIANA TRANSPORTATION, INC. | § § | |

**DEFENDANT REX TRUCKING, INC.'S**
**ANSWER TO COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Rex Trucking, Inc. ("Rex Trucking"), Defendant herein, and files this its Answer to Plaintiff's Original Complaint and Jury Demand ("Complaint") and in support thereof would show as follows:

386921.1 PJL 311186-00009 7/30/02

## INTRODUCTION

1. Rex Trucking denies the allegations contained in Paragraph 1 of the Complaint.

2. Rex Trucking denies the allegations contained in Paragraph 2 of the Complaint.

3. Rex Trucking denies the allegations contained in Paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4. Rex Trucking denies the allegations contained in Paragraph 4 of the Complaint.

5. Rex Trucking denies the allegations contained in Paragraph 5 of the Complaint.

6. Rex Trucking denies the allegations contained in Paragraph 6 of the Complaint.

## THE PARTIES

7. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint.

8. Rex Trucking denies the allegations contained in Paragraph 8 of the Complaint.

## FACTUAL ALLEGATIONS

9. Rex Trucking denies the allegations contained in Paragraph 9 of the Complaint.

10. Rex Trucking denies the allegations contained in Paragraph 10 of the Complaint.

11. Rex Trucking denies the allegations contained in Paragraph 11 of the Complaint.

12. Rex Trucking denies the allegations contained in Paragraph 12 of the Complaint.

13. Rex Trucking denies the allegations contained in the first sentence of Paragraph 13 of the Complaint. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 13 of the Complaint.

14. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint.

15. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint.

16. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint.

18. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint.

19. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint.

20. Rex Trucking denies the allegations contained in Paragraph 20 of the Complaint.

21. Rex Trucking denies the allegations contained in Paragraph 21 of the Complaint.

### FIRST CLAIM FOR RELIEF (COUNT 1)
### BREACH OF AGREEMENT

22. Rex Trucking directs the Court to its specific response for each Paragraph referenced in Paragraphs 1 through 22.

23. Rex Trucking denies the allegations contained in Paragraph 23 of the Complaint.

24. Rex Trucking denies the allegations contained in Paragraph 24 of the Complaint.

25. Rex Trucking denies the allegations contained in Paragraph 25 of the Complaint.

26. Rex Trucking denies the allegations contained in Paragraph 26 of the Complaint.

27. Rex Trucking is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint.

## JURY DEMAND

28. The averment contained in Paragraph 28 of the Complaint does not require a response.

## AFFIRMATIVE DEFENSES

29. By way of further answer, if such be necessary, and without waiving any of the foregoing, Rex Trucking asserts that there is a defect of the party Defendant, in that Rex Trucking is not a proper party to this suit. Rex Trucking is not a division of Louisiana Transportation, Inc. and has no relation to the same.

30. By way of further answer, if such be necessary, and without waiving any of the foregoing, Rex Trucking asserts that the instrument in writing, upon which Plaintiff's claims is founded in whole or in part, was not executed by Rex Trucking.

31. By way of further answer, if such be necessary, and without waiving any of the foregoing, Rex Trucking asserts a denial of the endorsement or assignment of the written instrument upon which suit was brought in this case.

32. By way of further answer, if such be necessary, and without waiving any of the foregoing, Rex Trucking asserts that the written instrument upon which Plaintiff's claim is founded in whole or in part is without consideration.

33. By way of further answer, if such be necessary, and without waiving any of the foregoing, Rex Trucking asserts that the notice and proof of loss or claim for damages has not been given as alleged.

34. By way of further answer, if such be necessary, and without waiving any of the foregoing, Rex Trucking asserts that Rex Trucking is not doing business under an assumed name or trade name as alleged.

35. By way of further answer, if such be necessary, and without waiving any of the foregoing, Rex Trucking asserts the affirmative defense of failure of consideration.

WHEREFORE, PREMISES CONSIDERED, Rex Trucking, Inc., Defendant, prays for all just and further relief to which it may be entitled.

Respectfully submitted,

_____
G. Stephen Parrott
State Bar No. 15540500
Federal Bar No. _____
Patrick D. Sullivan
State Bar No. 00791758
Federal Bar No. 18191
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395

OF COUNSEL:
HOOVER SLOVACEK, L.L.P.
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR DEFENDANT
REX TRUCKING, INC., A DIVISION
OF LOUISIANA TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 30th day of July, 2002, a true and correct copy of the foregoing document was served via certified mail, return receipt request, via hand delivery, via facsimile or via overnight delivery to all counsel of record as follows:

Mr. Roger Albright
Law Offices of Roger Albright
3301 Elm Street
Dallas, Texas 7522601637
*__Via Certified Mail__*
*__Return Receipt Requested__*
*__No. 7106 4575 1294 1703 4176__*



_____
Patrick D. Sullivan