Patrick D. Sullivan
State Bar No. 00791758
Federal Bar No. 18191
**HOOVER SLOVACEK LLP**
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR DEFENDANT
REX TRUCKING, INC. A DIVISION
OF LOUISIANA TRANSPORTATION, INC.**

United States Courts
Southern District of Texas
FILED

SEP 13 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION | § § § § | |
| | § | CASE NUMBER B-02-135 |
| VS. | § § | |
| REX TRUCKING, INC., A DIVISION OF LOUISIANA TRANSPORTATION, INC. | § § | |

**DEFENDANT REX TRUCKING, INC.'S
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Rex Trucking, Inc. ("Rex Trucking"), and files this its Certificate of

Interested Parties as follows:

OF COUNSEL:
HOOVER SLOVACEK, L.L.P.
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR DEFENDANT
REX TRUCKING, INC., A DIVISION
OF LOUISIANA TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the /0th day of September, 2002, a true and correct copy of the foregoing document was served via certified mail, return receipt request, via hand delivery, via facsimile or via overnight delivery to all counsel of record as follows:

Mr. Roger Albright
Law Offices of Roger Albright
3301 Elm Street
Dallas, Texas 75226-1637
*Via Facsimile - 1-214-939-9229*

_____
Patrick D. Sullivan