```
                                          United States District Court
                                            Southern District of Texas
                                                    FILED
      THE HONORABLE JOHN WM. BLACK
                                                 OCT 0 2 2002
         INITIAL PRETRIAL CONFERENCE
                                                 Michael N. Milby
                                                  Clerk of Court
```

CIVIL ACTION NO. B-02-135                DATE & TIME:   10-02-02 AT 1:30 P.M.

THE NATIONAL HISPANIC CIRCUS, INC.       PLAINTIFF(S)   ROGER ALBRIGHT
                                         COUNSEL

VS.

REX TRUCKING, INC.                       DEFENDANT(S)   G. STEPHEN PARROTT
                                         COUNSEL

---

Attorneys Stephen Chapman for Roger Albright appeared in chambers and Pat Sullivan for G. Stephen Parrott appeared telephonically.

New parties may join. Scheduling conference will be reset.