*11*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., § <br> A NEW YORK NOT-FOR-PROFIT § <br> CORPORATION § <br> § <br> VS. § <br> § <br> REX TRUCKING, INC., A DIVISION § <br> OF LOUISIANA TRANSPORTATION, INC. § | CIVIL ACTION NO. B-02-135 |

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING.

**SCHEDULING CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 15, 2003 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    OCTOBER 8, 2002

TO:    MR. ROGER ALBRIGHT
       MR. G. STEPHEN PARROTT