IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation )<br><br>Defendants. ) | CIVIL ACTION No. B-02-135 |

## UNOPPOSED MOTION FOR
## LEAVE TO AMEND THE COMPLAINT

Comes now The National Hispanic Circus, Plaintiff in this action and files this Motion for Leave to Amend would show the Court the following:

1. At the court's scheduling conference Patrick Sullivan, the attorney for Rex Trucking, indicated that documents identifying another entity that purchased Rex Trucking and/or its assets would be produced to the Plaintiff.

2. An agreement was produced showing that sometime during the period in question The Mason and Dixon Lines, Inc., a Michigan Corporation, purchased Rex Trucking and/or its assets.

3. Plaintiff seeks to amend its complaint to add The Mason and Dixon Lines, Inc. as a necessary party to this action. The amended complaint is attached hereto and incorporated by

Motion for Leave to Amend Complaint - Page 1

reference

WHEREFORE, Plaintiff prays that the Court will Grant the Unopposed Motion for Leave to Amend the Complaint.

Respectfully Submitted,

Roger Albright
(Bar No. 009 745 80)
Law Offices of Roger Albright
Attorney In Charge (S.D. No. 11191)
3301 Elm Street
Dallas, Texas 75226-1637
(214) 939-9222
(214) 939-9229 Fax

Stephen J. Chapman
State Bar No. 24001870
BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

This is to certify that on October 31, 2002 the undersigned attorney consulted with counsel for regarding the Motion for Leave to Amend. Counsel for Defendant indicated he was unopposed to said motion.

Stephen J. Chapman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the ___4TH___ day of ___November___, 2002, to all counsel of record as follows:

G. Stephen Parrott
Patrick Sullivan
Hoover Slovaceck, LLP.
5847 San Felipe, Suite 2200
Houston, Texas 77057

Stephen J. Chapman