IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation | ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION No. B-02-135

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT

Came on to be heard Plaintiff's Unopposed Motion To Amend the Complaint and, (DOCKET NO 12)

having consider said motion, the Court is of the opinion that it is well taken and should be

GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the Unopposed Motion for

Leave to Amend is Granted and the Plaintiff's First Amended Complaint should be filed on this

the ___7 th___ day of November, 2002.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

ORDER GRANTING MOTION TO
AMEND COMPLAINT- Page 1