IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION No. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation | ) ) ) ) ) | |
| Defendants. | ) ) | |

## AGREED MOTION TO CONTINUE SCHEDULING CONFERENCE

Comes now The National Hispanic Circus, Plaintiff in this action and files this Agreed Motion to Continue Scheduling Conference and would show the Court the following:

1. At the initial court's scheduling conference Patrick Sullivan, the attorney for Rex Trucking, indicated that documents identifying another entity that purchased Rex Trucking and/or its assets would be produced to the Plaintiff.

2. An agreement was subsequently produced showing that sometime during the period in question The Mason and Dixon Lines, Inc., a Michigan Corporation, purchased Rex Trucking and/or its assets.

3. On November 7th, Plaintiff received leave from the Court to amend its complaint to add The Mason and Dixon Lines, Inc. as a necessary party to this action. The amended complaint

Motion for Continuance - Page 1

was served on the Mason and Dixon Lines during the week of December 20th.

4.  Per the attached correspondence, TAB A, counsel for the Mason & Dixon Lines has requested from Plaintiff's counsel additional time to answer the complaint until January 30th, 2003.

5.  The court has ordered an Initial Conference for January 15, 2003 at 2:00 p.m.

6.  The parties request that the Court continue this Initial Conference until the end of February or early March 2003.

7.  Said request is not for improper dilatory reasons but so that justice may be done and more efficient use of the Court's time result.

WHEREFORE, Plaintiff prays that the Court will Grant the Agreed Motion to Continue.

Respectfully Submitted,

Roger Albright
(Bar No. 00974580)
Law Offices of Roger Albright
Attorney In Charge (S.D. No. 11191)
3301 Elm Street
Dallas, Texas 75226-1637
(214) 939-9222
(214) 939-9229 Fax

Stephen J. Chapman
State Bar No. 24001870
BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

This is to certify that on December 13, 2002 the undersigned attorney consulted with counsel for Defendant regarding the Motion for Continuance. Counsel for Defendant indicated he agreed to said motion.

_____
Stephen J. Chapman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the 23rd day of December, 2002, to all counsel of record as follows:

G. Stephen Parrott
Patrick Sullivan
Hoover Slovaceck, LLP.
5847 San Felipe, Suite 2200
Houston, Texas 77057

Michael Remondet, Jr.
Jeansonne & Remondet
200 West Congress Street
Lafayette, Louisiana
70509

_____
Stephen J. Chapman

# JEANSONNE & REMONDET

A LIMITED LIABILITY COMPANY

## ATTORNEYS AT LAW

MICHAEL J. REMONDET, JR.
Licensed in Louisiana and Texas

200 WEST CONGRESS STREET, SUITE 1100
POST OFFICE BOX 91530
LAFAYETTE, LOUISIANA 70509-1530
PHONE (337) 237-4370
FAX (337) 235-2011
www.jeanrem.com

ONE CANAL PLACE
365 CANAL STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
PHONE
FAX

MID-SOUTH TOWER
401 MARKET STREET, SUITE 1240
SHREVEPORT, LOUISIANA 71101
PHONE (318) 673-8002
FAX (318) 673-8005

TEXACO HEIGHTS CENTER
1300 SOUTH STREET, SUITE 2265
HOUSTON, TEXAS 77002
PHONE (713) 752-0500
FAX (713) 752-0110

December 20, 2002

<u>Via fax: 361-882-9437</u>
Mr. Stephen Chapman
Attorney at Law
Tower II – Suite 1200
555 N. Carancahua Street
Corpus Christi, TX 78478

In re:   National Hispanic Circus, Inc., a New York not-for-profit Corporation vs.
         Rex Trucking, Inc., et al, No. B-02135, USDC, Brownsville Division

Dear Mr. Chapman:

My client has received the Plaintiff's First Amended Complaint and Jury Demand.

May I beg you a thirty day extension in which to answer because of the holidays and my client's unavailability. I likely will not be in a position to respond until the end of January. I hope to answer soon but out of an abundance of caution, would you be kind enough to give me until January 30 to respond.

If you would please initial the bottom of this correspondence so I may have record of your professional courtesy, I would be most grateful.

Additionally, please provide me with all your initial disclosures that have previously been sent so I can make an evaluation of this file.

With kindest regards and best wishes, I remain,

Sincerely,

MICHAEL J. REMONDET, JR.

MJR,jr/ab
cc: Mr. Stephen Parrott/Mr. Patrick Sullivan
12/28/02

AGREED:

_____   _____
SC                DATE


EXHIBIT A