IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, ) ) ) ) Plaintiff, ) ) vs. ) ) REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation ) ) Defendants. ) | CIVIL ACTION No. B-02-135 |

## ORDER GRANTING AGREED MOTION TO CONTINUE SCHEDULING CONFERENCE

Came on to be heard Plaintiff's Agreed Motion to Continue Scheduling Conference (Docket No. 15) and, having consider said motion, the Court is of the opinion that it is well taken and should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the scheduling conference presently set for January 15th, 2002 is hereby continued until 28 Feb 2003 at 1:30 p.m.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

ORDER GRANTING MOTION TO
CONTINUE- Page 1