*19*

Patrick D. Sullivan
State Bar No. 00791758
Federal Bar No. 18191
**HOOVER SLOVACEK LLP**
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR DEFENDANT
REX TRUCKING, INC. A DIVISION
OF LOUISIANA TRANSPORTATION, INC.**

United States District Court
Southern District of Texas
FILED

FEB 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION | § § § § | |
| VS. | § § | CASE NUMBER B-02-135 |
| REX TRUCKING, INC., A DIVISION OF LOUISIANA TRANSPORTATION, INC. | § § § | |

**DEFENDANT REX TRUCKING, INC.'S
DESIGNATION OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Rex Trucking, Inc. ("Rex Trucking"), Defendant herein, and files this its Designation of Lead Counsel and would show the Court the following:

Defendant hereby designates Patrick D. Sullivan as its lead counsel. Patrick D. Sullivan may be reached at:

402222.1 PJL 311186-00009 2/21/03

Patrick D. Sullivan
HOOVER SLOVACEK LLP
State Bar No. 00791758
Federal Bar No. 18191
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395

Respectfully submitted,

_____
Patrick D. Sullivan
State Bar No. 00791758
Federal Bar No. 18191
G. Stephen Parrott
State Bar No. 15540500
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395

**OF COUNSEL:**
**HOOVER SLOVACEK, L.L.P.**
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR DEFENDANT**
**REX TRUCKING, INC., A DIVISION**
**OF LOUISIANA TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the _21st_ day of February, 2003, a true and correct copy of the foregoing document was served via certified mail, return receipt request, via hand delivery, via facsimile or via overnight delivery to all counsel of record as follows:

Mr. Roger Albright
Law Offices of Roger Albright
3301 Elm Street
Dallas, Texas 75226-1637
*Via Facsimile - 1-214-939-9229*

Mr. Stephen J. Chapman
Barker, Leon, Fancher & Matthys, LLP
Tower H, Suite 1200
555 North Carancahua Street
Corpus Christi, Texas 78478
*Via Facsimile - 1-361-882-9437*

Patrick D. Sullivan