

United States District Court
Southern District of Texas
FILED

FEB 2 5 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC SCHEDULING CONFERENCE

CIVIL ACTION NO. B-02-135                    DATE & TIME:    02-25-03 AT 1:30 P.M.

THE NATIONAL HISPANIC CIRCUS, INC.          PLAINTIFF(S)    ROGER ALBRIGHT
                                            COUNSEL         STEPHEN CHAPMAN

VS.

REX TRUCKING, INC.                          DEFENDANT(S)    G. STEPHEN PARROTT
                                            COUNSEL         PATRICK SULLIVAN
                                                            MICHAEL PITA

-------------------------------------------------------------------------------------------------------------------------

Parties have agreed to file an agreed scheduling order by March 24, 2003.  Scheduling conference is passed.