*21*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 27 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION No. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation | ) ) ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFF THE NATIONAL HISPANIC CIRCUS, INC.'S DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW The National Hispanic Circus, Inc.'s, Plaintiff herein, and files this its Designation of Lead Counsel and would show the Court the following:

Plaintiff hereby designates Stephen J. Chapman as its lead counsel. Stephen J. Chapman may be reached at:

> Stephen J. Chapman
> BARKER, LEON, FANCHER
> & MATTHYS, L.L.P.
> Tower II - Suite 1200
> 555 N. Carancahua St.
> Corpus Christi, Texas 78478
> Telephone: (361) 881-9217
> Facsimile: (361) 882-9437

Respectfully Submitted,

_____
Stephen J. Chapman
State Bar No. 24001870
Federal Bar No. 32677
Attorney In Charge
BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

Roger Albright
State Bar No. 009 745 80
Federal Bar No. S.D. No. 11191
Law Offices of Roger Albright
3301 Elm Street
Dallas, Texas 75226-1637
(214) 939-9222
(214) 939-9229 Fax

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the 25 day of February 2003, to all counsel of record as follows:

Mr. Patrick Sullivan                         *Via Fax and Regular Mail*
HOOVER SLOVACEK, L.L.P.
5847 San Felipe, Suite 2200
Houston, Texas 77057

Mr. Michael Pita                             *Via Fax and Regular Mail*
Mr. Michael Remondet, Jr.
Jeansonne & Remondet
200 West Congress Street
Lafayette, Louisiana 70509

Mr. Roger Albright  
Law Offices of Roger Albright  
3301 Elm Street  
Dallas, Texas 75226-1637

*Via Fax and Regular Mail*

_____  
Stephen J. Chapman