United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

23

Patrick D. Sullivan
State Bar No. 00791758
Federal Bar No. 18191
G. Stephen Parrott
State Bar No. 15540500
**HOOVER SLOVACEK LLP**
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR DEFENDANT
REX TRUCKING, INC. A DIVISION
OF LOUISIANA TRANSPORTATION, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION § § § § | |
| VS. § § | CASE NUMBER B-02-135 |
| REX TRUCKING, INC., A DIVISION OF LOUISIANA TRANSPORTATION, INC. § § | |

**DEFENDANT REX TRUCKING, INC.'S
RULE 26 INITIAL DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Rex Trucking, Inc. ("Rex") and files this, its Rule 26 Initial Disclosures and states as follows:

403525.1 PJL 311186-00009 3/11/03

Rule 26(a)(1)(A):

1. Mark H. Fisher
   Jack Daniel Shurden
   Rex Trucking, Inc.
   By and through:
   Patrick D. Sullivan
   G. Stephen Parrott
   Hoover Slovacek LLP
   5847 San Felipe, Suite 2200
   Houston, Texas 77057
   Telephone: 713-977-8686
   Facsimile: 713-977-5395

   The foregoing individuals are representatives of Rex in this action, and possess information concerning the sale of the assets of Rex and the fact that it did not enter into a contract with Plaintiff.

2. The National Hispanic Circus, Inc.
   A New York Not-For-Profit Corporation
   By and Through
   Stephen J. Chapman
   Barker, Leon, Fancher & Matthys, LLP
   Tower II, Suite 1200
   555 North Carancahua Street
   Corpus Christi, Texas 78478
   Telephone: 361-881-9217
   Facsimile: 361-882-9437

   The foregoing entity is the Plaintiff in this matter.

3. The Mason and Dixon Lines, Inc.
   A Michigan Corporation
   By and through
   Michael A. Pita
   Jeansonne & Remondet
   1200 Smith Street, Suite 2265
   Houston, Texas 77002
   Telephone: 713-752-0300
   Facsimile: 713-752-0410

   The foregoing entity is a Defendant in this action.

Rule 25(a)(1)(B):

    Rex has the following documentation in its possession, custody or control:

    a.    Documentation related to the sale of the assets of the trucking company prior to the formation of the contract which is the subject of the suit.

    b.    Communications between the parties concerning the fact that Rex was not the proper entity.

The foregoing documentation is available for inspection, upon proper privilege review, at the offices of Hoover Slovacek LLP, 5847 San Felipe, Suite 2200, Houston, Texas 77057, during normal business hours.

Rule 26(a)(1)(C):

    Rex is not seeking damages at ths time, but reserves its right to pursue via either counter-claim or a Federal Rule of Civil Procedure Rule 11 motion, recovery of its attorneys' fees and costs of defense.

Rule 26(a)(1)(D):

    Will supplement.

    Respectfully submitted,

_____
Patrick D. Sullivan
State Bar No. 00791758
Federal Bar No. 18191
G. Stephen Parrott
State Bar No. 15540500
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395

OF COUNSEL:
HOOVER SLOVACEK, L.L.P.
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713-977-8686
Facsimile: 713-977-5395
**ATTORNEYS FOR DEFENDANT
REX TRUCKING, INC., A DIVISION
OF LOUISIANA TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the __11th__ day of March, 2003, a true and correct copy of the foregoing document was served via U.S. mail, via hand delivery, via facsimile or via overnight delivery to all counsel of record as follows:

Mr. Michael A. Pita
Jeansonne & Remondet
1200 Smith Street, Suite 2265
Houston, Texas 77002
*Via Facsimile - 713-752-0410*

Mr. Stephen J. Chapman
Barker, Leon, Fancher & Matthys, LLP
Tower H, Suite 1200
555 North Carancahua Street
Corpus Christi, Texas 78478
*Via Facsimile - 1-361-882-9437*

_____
Patrick D. Sullivan