IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 7 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| The National Hispanic Circus, Inc. A New York Not for Profit Corporation § § § | |
| VS. § | CIVIL ACTION NO. B-02-135 |
| § | |
| Rex Trucking, Inc., A Texas Corporation and The Mason and Dixon Lines, Inc., a Michigan Corp. § § | |

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.    ☐Bench  ☒ Jury

2. New parties must be joined by:    __June 2, 2003__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __June 20, 2003__

4. The defendant's experts must be named with a report furnished within 30 days of the depositio of the plaintiff's experts.

5. Discovery must be completed by:    __August 29, 2003__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:    __September 12, 2003__

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:    __Septmber 19, 2003__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:    __October 2, 2003__

9. Jury Selection is set for 9:00 a.m. on:    __October 3, 2003__

The case will remain on standby until tried.

Signed this the __17th__ day of __April__, 2003.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD

The case will remain on standby until tried.

Signed _____, 20__, at Brownsville, Texas.

                                                Andrew S. Hanen
                                       United States District Judge

*Counsel, please sign on the back.*

                                                        *Scheduling Order--Page Two*

_____Stephen J. Chapman_____

Counsel for __Plaintiff__                   Counsel
for _Stephen J. Chapman_
      _(w/ permission MAP)_

_____Michael A. Pita_____
_Michael A. Pita_

Counsel for __The Mason and Dixon__     Counsel
for __Lines, Inc.__

_____Patrick Sullivan_____
_Patrick Sullivan_
   _(w/ permission MAP)_

Counsel for __Rex Trucking, Inc.__      Counsel
for _____