IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC | § | |
| CIRCUS, INC. A NEW YORK | § | |
| NOT-FOR-PROFIT CORPORATION | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-135 |
| | § | |
| REX TRUCKING, INC., A TEXAS | § | |
| CORPORATION, AND THE MASON | § | JURY DEMANDED |
| AND DIXON LINES, INC. A MICHIGAN | § | |
| CORPORATION | § | |
|     Defendants | § | |

## DEFENDANT, THE MASON AND DIXON LINES, INC.'S AMENDED ANSWER AND COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, **THE MASON AND DIXON LINES, INC.** ("Defendant") and in accordance with the dates set forth in the Scheduling Order, files this, its Amended Answer and Counterclaim to Plaintiff, **THE NATIONAL HISPANIC CIRCUS, INC.'S** ("Plaintiff"), First Amended Complaint and Jury Demand ("the Complaint") and, while specifically adopting, reasserting, re-alleging and re-averring all responses and each and every affirmative defense found in any Answer filed by Defendant with respect to these proceedings as if copied herein *in extenso*, would respectfully supplements its Original Answer to the Complaint as follows:

### II.

### AFFIRMATIVE DEFENSES

Defendant would supplement and/or amend its affirmative defenses to add the following:

## SIXTH AFFIRMATIVE DEFENSE

37.    Pleading further, and by way of additional defense, Defendant asserts that it is entitled to a setoff and/or recoupment for monies owed by Plaintiff to Defendant for successful delivery of Plaintiff's property. The offset the Defendant is entitled to totals $18,485.00.

1.

## COUNTERCLAIM

COMES NOW, **THE MASON AND DIXON LINES, INC.** ("Counter-Plaintiff"), for its counterclaim against **THE NATIONAL HISPANIC CIRCUS, INC.** ("Counter-Defendant") and avers as follows:

## FIRST CAUSE OF ACTION

I.

Made defendant in counterclaim is **THE NATIONAL HISPANIC CIRCUS, INC.**

II.

On or about August 27, 2001, Counter-Defendant entered into an agreement with Counter-Plaintiff to provide services in the form of hauling Counter-Defendant's property from Harlingen, Texas to Chicago, Illinois.

III.

Despite allegations to the contrary, and without admission of any fault on the part of Counter-Defendant, the bulk of the property hauled by Counter-Plaintiff arrived in Chicago on or before the date and time scheduled for its arrival.

IV.

Following delivery, Counter-Defendant tendered a Check in the amount of $18,485.00 representing the amounts owed to Counter-Plaintiff for the services provided.

V.

However, prior to negotiation of the instrument by Counter-Plaintiff, payment on the instrument was stopped at the request of Counter-Defendant.

VI.

Said instrument represented payment for services not in dispute as well as those in dispute.

VII.

To that end, Counter-Plaintiff has not been paid for the services provided.

VIII.

Counter-Plaintiff asserts that Counter-Defendant is indebted to Counter-Plaintiff in the amount of $18,485.00.

IX.

Despite amicable demand, Counter-Defendant has failed to pay the amounts owed.

WHEREFORE, Counter-Defendant, THE MASON & DIXON LINES, INC., prays that there be judgment herein in favor of Counter-Plaintiff and against the Counter-Defendant, THE NATIONAL HISPANIC CIRCUS, INC., in the full and true sum of $18,485.00, together with legal interest from judicial demand until paid and for all such other and further relief, both general and special, at law or in equity, to which it may be justly entitled.

Respectfully Submitted,

JEANSONNE & REMONDET, L.L.C.

By: _____

     Michael A. Pita
     State Bar No. 24034628
     Federal Bar No. 32169
     ATTORNEY-IN-CHARGE
     1200 Smith Street, Suite 2265
     Houston, Texas 77002
     Telephone: (713) 752-0300
     Telecopier: (713) 752-0410

ATTORNEY FOR DEFENDANT,
THE MASON AND DIXON LINES

Page 3

OF COUNSEL:

JEANSONNE & REMONDET, L.L.C.
1200 Smith Street, Suite 2265
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record by certified mail, return receipt requested, and/or hand delivery, and/or via facsimile on this the 22 day of April 2003.

Roger Albright
LAW OFFICES OF ROGER ALBRIGHT
3301 Elm Street
Dallas, Texas 75226-1637
**VIA CM/RRR#70022410000506280665**

Stephen J. Chapman
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
**VIA CM/RRR# 70022410000506280672**

G. Stephen Parrott
HOOVER SLOVACEK, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057
**VIA CM/RRR# 70022410000506280689**

_____
Michael A. Pita