

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**JUN 1 3 2003**

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| THE NATIONAL HISPANIC | § | |
| CIRCUS, INC. A NEW YORK | § | |
| NOT-FOR-PROFIT CORPORATION | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-135 |
| | § | |
| REX TRUCKING, INC., A TEXAS | § | |
| CORPORATION, AND THE MASON | § | JURY DEMANDED |
| AND DIXON LINES, INC. A MICHIGAN | § | |
| CORPORATION | § | |
|     Defendants | § | |

## NOTICE OF FIRST SUPPLEMENTAL INITIAL DISCLOSURES

COMES NOW, Defendant, THE MASON AND DIXON LINES, INC., and would show the Court that it has prepared and forwarded to Plaintiff, THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION, and Defendant, REX TRUCKING, INC., its First Supplemental Initial Disclosures pursuant to the Civil Justice Expense and Delay Reduction Plan for the United States District Court for the Southern District of Texas, adopted pursuant to the Civil Reform Justice Act of 1990, 28 U.S.C. Section 471, et seq.

Respectfully Submitted,

*JEANSONNE & REMONDET, L.C.*

By: _____

MICHAEL A. PITA
State Bar No. 24034628
Federal Bar No. 32169
ATTORNEY-IN-CHARGE
1200 Smith Street, Suite 2265
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

**ATTORNEY FOR DEFENDANT,**
**THE MASON AND DIXON LINES, INC**

Page 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record by certified mail, return receipt requested, and/or hand delivery, and/or via facsimile on this the **11** day of _____June_____ 2003.

Roger Albright
LAW OFFICES OF ROGER ALBRIGHT
3301 Elm Street
Dallas, Texas 75226-1637
**VIA CM/RRR# 7002 2410 0005 0628 0849**

Stephen J. Chapman
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
**VIA CM/RRR#7002 2410 0005 0628 0856**

G. Stephen Parrott
HOOVER SLOVACEK, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057
**VIA CM/RRR# 7002 2410 0005 0628 0504**

_____
Michael A. Pita