27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC | § | |
| CIRCUS, INC. A NEW YORK | § | |
| NOT-FOR-PROFIT CORPORATION | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-135 |
| | § | |
| REX TRUCKING, INC., A TEXAS | § | |
| CORPORATION, AND THE MASON | § | JURY DEMANDED |
| AND DIXON LINES, INC. A MICHIGAN | § | |
| CORPORATION | § | |
|     Defendants | § | |

### DEFENDANT, THE MASON & DIXON LINES, INC.'S, FIRST SUPPLEMENTAL INITIAL DISCLOSURES

NOW INTO COURT, through undersigned counsel, comes Defendant, **THE MASON AND DIXON LINES, INC.**, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, makes and files the following Supplemental Initial Disclosures:

(a)(1)

    (A)    the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

        **RESPONSE:**  With respect to persons with knowledge of the relevant facts, see attached Exhibit "A."

Respectfully Submitted,

JEANSONNE & REMONDET, L.L.C.

By: _____

       Michael A. Pita
       State Bar No. 24034628
       Federal Bar No. 32169
       ATTORNEY-IN-CHARGE
       1200 Smith Street, Suite 2265
       Houston, Texas 77002
       Telephone: (713) 752-0300
       Telecopier: (713) 752-0410

**ATTORNEY FOR DEFENDANT,
THE MASON AND DIXON LINES**

**OF COUNSEL:**

**JEANSONNE & REMONDET, L.L.C.**
1200 Smith Street, Suite 2265
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record by hand delivery and/or certified mail, return receipt requested, and/or first class mail on this the  11  day of ____June____ 2003.

Roger Albright
LAW OFFICES OF ROGER ALBRIGHT
3301 Elm Street
Dallas, Texas 75226-1637
**VIA CM/RRR# 7002 2410 0005 0628 0849**

Stephen J. Chapman
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
**VIA CM/RRR#7002 2410 0005 0628 0856**

G. Stephen Parrott
HOOVER SLOVACEK, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057
**VIA CM/RRR# 7002 2410 0005 0628 0504**

Michael A. Pita

WITNESSES WITH KNOWLEDGE OF RELEVANT FACTS

EXHIBIT "A"

| NAME | ADDRESS | AREAS OF KNOWLEDGE |
|---|---|---|
| Acosta, Roberto Soto | Vice President<br>National Hispanic Circus d/b/a<br>Circo Mundial<br>P.O. Box 3557<br>Carolina, PR 00984 | Roberto Soto Acosta is the Vice President of Plaintiff and should have testimony regarding the facts relevant to this lawsuit. |
| Andrews, Lee | Address Unknown | Lee Andrews possessed the lien on the tractor that was hauling the goods made the subject matter of this lawsuit and should have testimony regarding the facts relevant to this lawsuit. |
| Castille, Ralph | The Mason and Dixon Lines, Inc<br>Post Office Box 8127<br>Lafayette, Louisiana 70598 | Mason and Dixon Lines, Inc. is a party defendant and its representative should have testimony regarding the facts relevant to this lawsuit. |
| Chan, Mary | 505 N. Belt, Suite 530<br>Houston, Texas 77060 | Mary Chan may have been an employee of Rex Trucking, Inc. and may possess knowledge of invoiced and shipment of the bleachers for National Hispanic Circus. |
| Custer, John D. | Address Unknown | John D. Custer was a driver on the haul from Harlingen, Texas to Chicago Illinois, and should have testimony regarding the facts relevant to this lawsuit. |
| Fisher, Mark | Rex Trucking, Inc.<br>By and through its attorneys of record, Patrick Sullivan and G. Stephen Parrot<br>Hoover Slovacek L.L.P.<br>5847 San Felipe, Suite 2200<br>Houston, Texas 77057<br>713.997.8686 | Rex Trucking is a defendant in this matter and should have testimony regarding facts relevant to this lawsuit. |
| Frank (?) | Address Unknown | This witness was an employee of the plaintiff and should have testimony regarding the facts relevant to this lawsuit. |
| Freeman, Freeman | 4137 E. 1st Street<br>Fort Worth, Texas 76117<br>817.307.1321 | Fred Freeman was the owner of the tractor that was hauling the goods made the subject matter of this lawsuit and should have testimony regarding the facts relevant to this lawsuit. |

Page 1

| NAME | ADDRESS | AREAS OF KNOWLEDGE |
|---|---|---|
| Garcia, Rigoberto | C/O Davidoff & Malito 603 3rd Ave. 34th Floor New York, New York 10158 | Rigoberto Garcia is the general manager of Plaintiff and should have knowledge of the transactions or shipments of the bleachers giving rise to this lawsuit. |
| Investigating Officer | Mesquite, Texas Police Department | This officer investigated the loss of the truck and should have testimony regarding the facts relevant to this lawsuit. |
| Kulow, Angela | Address Unknown | Angela Kulow was a driver on the haul from Harlingen, Texas to Chicago Illinois, and should have testimony regarding the facts relevant to this lawsuit. |
| McSpadden, Ed | Address Unknown | Ed McSpadden was a driver on the haul from Harlingen, Texas to Chicago Illinois, and should have testimony regarding the facts relevant to this lawsuit. |
| McSpadden, Edward | Address Unknown | Edward McSpadden was an employee of the defendant and the last driver to see Ted Tilley before his disappearance and should have testimony regarding the facts relevant to this lawsuit. |
| Migley, Ed | Address Unknown | Ed Migley is a former employee of National Hispanic Circus and should have testimony regarding the facts relevant to this lawsuit. |
| Paben, Lee | Address Unknown | Lee Paben was a driver on the haul from Harlingen, Texas to Chicago Illinois, and should have testimony regarding the facts relevant to this lawsuit. |
| Representative and Custodian of Records | A-1 Wrecker Service West Memphis, Arkansas | A-1 Wrecker Service stored the tractor that was hauling the goods made the subject matter of this lawsuit and should have testimony regarding the facts relevant to this lawsuit. |
| Reynolds, Johnny | Line-Drive Power Only Trucking, L.L.C. 200 Old Spanish Trail, Suite 211 Slidell, Louisiana 70458 | Johnny Reynolds is an agent for Line-Drive Power Only Trucking, L.L.C. and should have testimony regarding the facts relevant to this lawsuit. |
| Rivera, Ed | Security Chief National Hispanic Circus d/b/a Circus Mundial P.O. Box 3557 Carolina, PR 00984 | Ed Rivera is the security chief for Plaintiff and should have testimony regarding the facts relevant to this lawsuit. |

Page 2

| NAME | ADDRESS | AREAS OF KNOWLEDGE |
|---|---|---|
| Sage, Nick | Operations Officer<br>The Mason & Dixon Lines, Inc<br>Post Office Box 81277<br>Lafayette, Louisiana 70598 | Nick Sage is an operations officer for the defendant and should have testimony regarding the facts relevant to this lawsuit. |
| Tilley, Ted | Address Unknown | Ted Tilley was the truck driver responsible for hauling the bleachers made the subject matter of this lawsuit and should have testimony regarding the facts relevant to this lawsuit. |
| Viesting, Stanley | Fargo, North Dakota | Stanley Viesting is a friend of the Ted Tilley and should have testimony regarding the facts relevant to this lawsuit. |
| Vilanova, Ernesto | C/O Davidoff & Malito<br>603 3rd Ave. 34th Floor<br>New York, New York 10158 | Ernesto Vilanova is the president of Plant and should have knowledge of the transactions or shipment of the bleachers giving rise to this lawsuit. |