IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION No. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT

Came on to be heard Plaintiff's Unopposed Motion To Amend the Complaint and, having consider said motion, the Court is of the opinion that it is well taken and should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the Unopposed Motion for Leave to Amend is Granted and the Plaintiff's Second Amended Complaint should be filed on this the ___11___ day of July, 2003.

UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
AMEND COMPLAINT - Page 1