32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC | § | **United States District Court**<br>**Southern District of Texas**<br>**FILED** |
| CIRCUS, INC. A NEW YORK | § | |
| NOT-FOR-PROFIT CORPORATION | § | |
| Plaintiff | § | AUG 0 5 2003 |
| | § | **Michael N. Milby**<br>**Clerk of Court** |
| V. | § | CIVIL ACTION NO. B-02-135 |
| | § | |
| REX TRUCKING, INC., A TEXAS | § | |
| CORPORATION, AND THE MASON | § | |
| AND DIXON LINES, INC. A MICHIGAN | § | |
| CORPORATION | § | |
| Defendants | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

COME NOW Defendant, THE MASON AND DIXON LINE, INC. and files this its

Certificate of Written Discovery on this the 4th day of August, 2003. Defendant, THE MASON

AND DIXON LINE, INC. served upon counsel for Plaintiff, THE NATIONAL HISPANIC

CIRCUS, INC. A NEW YORK NOT-FOR-PROFIT CORPORAITON the following:

1.  Defendant, The Mason and Dixon Line, Inc.'s Responses to
    Plaintiff, The National Hispanic Circus, Inc.'s First Requests
    for Production; and

2.  Defendant, The Mason and Dixon Line, Inc.'s Withholding
    Statement.

Respectfully Submitted,

*JEANSONNE & REMONDET, L.L.C.*

By: _____

MICHAEL A. PITA
State Bar No. 24034628
Federal Bar No. 32169
ATTORNEY-IN-CHARGE
1200 Smith Street, Suite 2265
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

ATTORNEY FOR DEFENDANT,
THE MASON AND DIXON LINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record by certified mail, return receipt requested, and/or hand delivery, and/or via facsimile on this the 4th day of August, 2003.

Roger Albright
LAW OFFICES OF ROGER ALBRIGHT
3301 Elm Street
Dallas, Texas 75226-1637
**VIA CM/RRR# 7003 0500 0004 6465 6400**

Stephen J. Chapman
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
**VIA CM/RRR# 7003 0500 0004 6465 6417**

G. Stephen Parrott
Patrick D. Sullivan
HOOVER SLOVACEK, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057
**VIA CM/RRR# 7003 0500 0004 6465 6424**

Michael A. Pita