IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, )<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION No. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation )<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

## JOINT MOTION FOR CONTINUANCE

Comes now The National Hispanic Circus, Plaintiff in this action and Defendant, The Mason and Dixon Lines, Inc., and file this Joint Motion for Continuance and would show the Court the following:

1. Plaintiff and Defendant Mason and Dixon Lines are engaged in written discovery. The present discovery deadline is August 29, 2003. Due to the fact that Plaintiff is located in Puerto Rico and no longer does business in the United States, there needs to be additional time to complete both written discovery, arrange depositions, and correspondingly more time to file dispositive motions and prepare for trial. The dispositive motion deadline is currently September 12, 2003 and docket call is September 30, 2003.

2. Plaintiff and Defendant Mason and Dixon Lines agree that more time is necessary

to adequately conduct discovery and prepare the issues in this case. Plaintiff and Defendant Mason and Dixon Lines agree that a ninety (90) day extension to all current deadlines and to the presently scheduled trial setting would be sufficient to accomplish these purposes. No defendant will be prejudiced by said continuance and it is not sought for delay, but so that justice may be done.

WHEREFORE, Plaintiff and Defendant Mason and Dixon Lines pray that the Court will Grant the Joint Motion for Continuance.

Respectfully Submitted,

_____
Stephen J. Chapman
State Bar No. 24001870
Federal Bar No. 32677
**Attorney In Charge**
BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437
COUNSEL FOR PLAINTIFF

_____
BY Michael Pita
Michael A. Pita
ATTORNEY-IN-CHARGE
State Bar No. 24034628
Federal Bar No. 32169
Jeansonne & Remondet
1200 Smith Street, Suite 2265
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410
COUNSEL FOR MASON AND DIXON LINES, INC.

Motion for Continuance - Page 2

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney consulted with counsel for Defendants' Rex Trucking regarding the Motion for Continuance. Counsel for Defendant Rex Trucking indicated he was opposed to said motion.

_____
Stephen J. Chapman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the 15th day of August, 2003, to all counsel of record as follows:

Michael Pita
Jeansonne & Remondet
1200 Smith Street, Suite 2265
Houston, Texas 77002

Patrick Sullivan
Hoover Slovaceck, LLP.
5847 San Felipe, Suite 2200
Houston, Texas 77057

_____
Stephen J. Chapman

Motion for Continuance - Page 3