# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 21 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., § <br> A NEW YORK NOT-FOR-PROFIT § <br> CORPORATION § <br> § <br> VS. § <br> § <br> REX TRUCKING, INC., A DIVISION § <br> OF LOUISIANA TRANSPORTATION, INC. § <br> AND MASON DIXON LINES, INC. § | CIVIL ACTION NO. B-02-135 |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**TELEPHONIC CONFERENCE**

**(COUNSEL FOR PLAINTIFF'S WILL INITIATE THE TELEPHONE CONFERENCE)**

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

TELEPHONE NUMBER:

(956) 548-2570

DATE AND TIME:

**AUGUST 21, 2003 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 19, 2003

TO:   MR. ROGER ALBRIGHT
       MR. STEPHEN J. CHAPMAN
       MR. PATRICK D. SULLIVAN
       MR. G. STEPHEN PARROTT
       MR. MICHAEL A. PITA