United States District Court
Southern District of Texas
FILED

AUG 21 2003

Michael N. Milby
Clerk of Court

36

THE HONORABLE JOHN WM. BLACK

TELEPHONIC SCHEDULING CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-02-135 | DATE & TIME:   08-21-03 AT 2:00 P.M. |
| THE NATIONAL HISPANIC CIRCUS, INC. | PLAINTIFF(S)   ROGER ALBRIGHT<br>COUNSEL   STEPHEN CHAPMAN |
| VS. | |
| REX TRUCKING, INC. AND THE MASON AND DIXON LINES, INC. | DEFENDANT(S)   G. STEPHEN PARROTT<br>COUNSEL   PATRICK SULLIVAN<br>MICHAEL PITA |

--------------------------------------------------------------------------------

Attorneys Stephen Chapman, Patrick Sullivan and Michael Pita appeared telephonically.

Parties explained their problems with respect to discovery.

An agreed scheduling order will be submitted within 15 days.