IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION No. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE

Comes Now the Honorable Court and having considered the foregoing Joint Motion for Continuance, the Court is of the opinion that said motion is well taken and should be **GRANTED**.

It is therefore **ORDERED** that all current deadlines in the Court's scheduling order are extended by ninety (90) days including the presently scheduled trial setting of October 2, 2003.

SIGNED this the 21 day of AUGUST, 2003.

_____
U.S. ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

Order Motion for Continuance - Page 1