IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, )))) | |
| Plaintiff, )) | |
| vs. )) | CIVIL ACTION No. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation ))))))) | |
| Defendants. ) | |

## AGREED SCHEDULING ORDER

1.  Trial:   Estimated time to try: <u>5</u> days.                ☐ Bench    ☒ Jury

2.  New parties must be joined by:                                <u>August 31, 2003</u>

    *Furnish a copy of this scheduling order to new parties.*

3.  The Plaintiff's Experts will be named with a report furnished by: <u>June 20, 2003</u>

4.  The Defendant's Experts must be named with a report furnished
    within 30 days of the deposition of the Plaintiffs' expert.

5.  Discovery must be completed by:                               <u>November 27, 2003</u>

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention
    by the Court. No continuance will be granted because of information acquired in post-deadline
    discovery.*

6.  Dispositive Motions will be filed by:                         <u>December 11, 2003</u>

7.  Joint Pre-Trial Order is due:                                 December 15, 2003
                                                                  ~~January 12, 2004~~

                  8:30 a.m.                                       January 6, 2004
8.  Docket Call is set for ~~1:30 p.m.~~ on:                      ~~January 8, 2004~~
    before Judge Andrew S. Hanen.

                                                                  January 8, 2004
9.  Jury Selection is set for 9:00 a.m. on:                       ~~January 9, 2004~~
    before Judge Andrew S. Hanen.

10. Trial before Judge Andrew S. Hanen.                           January, 2004

Signed this the **3RD** Day of **SEPTEMBER**, 2003

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

_____
Stephen J. Chapman
State Bar No. 24001870
Federal Bar No. 32677
Counsel for Plaintiff National Hispanic Circus, Inc.

_____
Michael Pita  with permission
Michael Pita
State Bar No. 24034628
Federal Bar No. 32169
Counsel for The Mason and Dixon Lines, Inc.

_____
Patrick Sullivan
State Bar No. 15540500
Federal Bar No. 18191
Counsel for Rex Trucking, Inc.

Signed this the _____ Day of _____, 2003

_____
UNITED STATES DISTRICT JUDGE

_____
Stephen J. Chapman
State Bar No. 24001870
Federal Bar No. 32677
Counsel for Plaintiff National Hispanic Circus, Inc.

_____
Michael Pita
State Bar No. 24034628
Federal Bar No. 32169
Counsel for The Mason and Dixon Lines, Inc.

_____
Patrick Sullivan
State Bar No. 00740751
Federal Bar No. 11191
Counsel for Rex Trucking, Inc.