IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC. A NEW YORK NOT-FOR-PROFIT CORPORATION<br>  Plaintiff | § § § § § | |
| V. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION, AND THE MASON AND DIXON LINES, INC. A MICHIGAN CORPORATION<br>  Defendants | § § § § § | |

## CERTIFICATE OF WRITTEN DISCOVERY

COME NOW Defendant, THE MASON AND DIXON LINE, INC. and files this its Certificate of Written Discovery on this the ___17___ day of October, 2003. Defendant, THE MASON AND DIXON LINE, INC. served upon counsel for Plaintiff, THE NATIONAL HISPANIC CIRCUS, INC. A NEW YORK NOT-FOR-PROFIT CORPORAITON the following:

1. Defendant, The Mason and Dixon Line, Inc.'s Notice of Intention to Take Oral Deposition of Rigoberto Garcia and Subpoena Duces Tecum; and

2. Defendant, The Mason and Dixon Line, Inc.'s Notice of Intention to Take Oral Deposition of Edwin Rivera.

Respectfully Submitted,

*JEANSONNE & REMONDET, L.L.C.*

By: _____
Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
ATTORNEY-IN-CHARGE
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

ATTORNEY FOR DEFENDANT,
THE MASON AND DIXON LINES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record by certified mail, return receipt requested, and/or hand delivery, and/or via facsimile on this the 17 day of October 2003.

Roger Albright
LAW OFFICES OF ROGER ALBRIGHT
3301 Elm Street
Dallas, Texas 75226-1637
**VIA CM/RRR# 7003 1680 0004 1962 4425**

Stephen J. Chapman
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
**VIA CM/RRR#7003 1680 0004 1962 4432**

G. Stephen Parrott
Patrick D. Sullivan
HOOVER SLOVACEK, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057
**VIA CM/RRR# 7003 1680 0004 1962 4449**

_____
Michael A. Pita