

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS INC., A NEW YORK NOT-FOR-PROFIT CORPORATION | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION, AND THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION | § § § § | |

### ORDER

Defendants, Rex Trucking, Inc. and The Mason Dixon Lines, Inc. have filed a Joint Motion for Summary Judgment (Docket No. 40).

Plaintiffs must file a response no later than December 16, 2003.

DONE at Brownsville, Texas, this 20th day of November, 2003.

_____
John Wm. Black
United States Magistrate Judge

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____