IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation | ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION No. B-02-135

## PLAINTIFFS RESPONSE TO REX TRUCKING AND MASON AND DIXON LINES JOINT MOTION FOR SUMMARY JUDGMENT

Comes now, The National Hispanic Circus, plaintiff, and would reply to the joint motion for summary judgment as follows:

1. Plaintiff has no evidence to indicate that, as is asserted in the motion, Rex Trucking was not purchased by Mason and Dixon Lines prior to the incident in this suit.

2. To the extent the testimony and documents in this cause indicate that Mason and Dixon Lines was doing business as Rex Trucking, using the name and paperwork of Rex Trucking, and assumed the responsibilities of its operation it may be appropriate that the above cause can be amended to name The Mason and Dixon Lines D/B/A Rex Trucking.

3. It is apparent that Rex Trucking Incorporated's assets and name were purchased by Mason and Dixon Lines prior to the incident and their motion is an admission that should judgment

lie in favor of the plaintiff, that Mason and Dixon Lines would be the sole party responsible for the alleged damages.

                Respectfully submitted,

                BARKER, LEON, FANCHER
                  & MATTHYS, L.L.P.
                Tower II - Suite 1200
                555 N. Carancahua St.
                Corpus Christi, Texas 78478
                Telephone: (361) 881-9217
                Facsimile: (361) 882-9437

                _____
                Stephen J. Chapman
                State Bar No. 24001870
                Attorneys for Plaintiff
                The National Hispanic Circus

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the __12__ day of __December__, 2003, to all counsel of record as follows:

Mr. Michael Pita
State Bar No. 24001870
Federal Bar No. 32169
Jeansonne & Remondet
200 West Congress Street
Lafayette, Louisiana 70509

_____
Stephen J. Chapman