THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

JAN 0 6 2004

Michael N. Milby
Clerk of Court

DOCKET CALL

CIVIL ACTION NO. B-02-135     DATE & TIME: 1/6/04 @ 1:50-2:10 pm

COUNSEL:

National Hispanic Circus, Inc.   §   Stephen Chapman

VS                               §

Rex Trucking, Inc. Et Al         §   Michael Pita

---

Courtroom Deputy: Irma Soto
Law Clerk:       Christian Southwick
Court Reporter:  Barbara Barnard
CSO:             Yanez

Case called on the docket. Stephen Chapman appeared for the Plaintiff. Michael Pita appeared for the Defendant, Mason and Dixon Line. Parties announced ready for trial.

Plaintiff's Motion in Limine is GRANTED (DE #44).
Defendant's Motion in Limine is GRANTED (DE #45). Defendant's supplemental motion in limine is DENIED.

Court refers this case to mediation. Parties to agree on a mediator and mediation to be held on or before January 23, 2004. All parties are to the represented by counsel and by a person with authority. Court will issue an order.

Court addresses Motions for Summary Judgment.

Jury Selection is set for January 8, 2003 @ 11:00 a.m. Jury to be 14 members. Counsel to do voir dire. Trial is set to start January 28, 2004 @ 9:00 a.m. ETT-4 days.

Court is adjourned.