United States District Court
Southern District of Texas
ENTERED
JAN 2 1 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JAN 0 6 2004
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS Inc., A New York not-for-profit Corporation | § § § § |
| VS. | §   CA B-02-135 |
| REX TRUCKING, INC., A Texas Corporation and THE MASON AND DIXON LINES, INC., a Michigan Corporation | § § § § § |

### ORDER SETTING MEDIATION

It is ORDERED that this matter is referred to Mediation. Parties shall agree on a Mediator and Mediation to be held on or before January 23, 2004. All parties are ordered to be represented by counsel and by a person with authority to settle this case.

The Mediator shall immediately notify the Court of any settlement.

DONE at Brownsville, Texas, this 6th day of January, 2004.

Andrew S. Hanen
United States District Judge