52

JUDGE___ANDREW  S.  HANEN_____
CASE MANAGER__Irma A.  Soto_____
REPORTER__Bill Holloway_____  LAW CLERK: Christian Soutwick/Michele O'Leary
U.S.P.O._____  P.S.O._____
D.U.S.M.___Figueroa, CSO_____  INTERPRETER_____

TIME:__11:30 am - 1:10___P.M.                DATE___1/8/04_____

CA. NO. __B-02-135___

| THE NATIONAL HISPANIC CIRCUS, INC. | § | Stephen Chapman |
| Vs. | § | |
| REX TRUCKING, INC., ET AL | § | Michael Pita |

United States District Court
Southern District of Texas
FILED
JAN 0 8 2004
Michael N. Milby
Clerk of Court

## JURY SELECTION

Stephen Chapman appeared for the Plaintiff.  Michael Pita appeared for the Deft, Mason and Dixon Lines. Inc.  All parties appeared and announced ready for jury selection.

☐   Jurors qualified by the Court.   ☐ Jurors sworn in.

■   Voir Dire commenced and concluded.

■   Excuses / Challenges: __Juror #7-Carmen L. Ruenes-GRANTED; Juror #21-DENIED__ ;
     so ordered.

■   Jury Selected.

■   Case set for trial to begin on __January 28, 2004__ @ __10:00 a.m.__ before Judge Hanen.

☐   Court orders a fine of $_____ and _____ days in custody on those jurors who failed to appear.
     U. S. Marshal is informed in open court.

☐   Deft _____ remanded to the custody of the U. S. Marshal.

☐   Deft _____ is continued on bond.

■   Court is adjourned.

☐ OTHER PROCEEDINGS: _____