United States District Court
Southern District of Texas
FILED

JAN 0 8 2004

Michael N. Milby
Clerk of Court

**Jurors Selected on** __JANUARY 08, 2004__    **Case #** __B-02-135__

**Case Style** __NATIONAL HISPANIC CIRCUS, INC. VS. REX TRUCKING, INC, ET AL__

**Jury Trial Date** __JANUARY 28, 2004__

**Judge** __ANDREW S. HANEN__    **Time** __9:00 A.M.__

JUROR'S NAMES:

1. MARTHA SANTILLAN
2. MARIA DEL ROSARIO BOURNAKIS
3. GISELA BANDA
4. EDGAR GARCIA
5. ENFRAIN LEDEZMA
6. PORFIRIO PONCE, JR.
7. AURORA G. SMITH
8. SAN JUANITA OROZCO
9. CORI THOMAS
10. JUAN ALANIS
11. MARIA J. RUBIO
12. CONCHA CANDANOZA