55

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THE NATIONAL HISPANIC | § | |
| CIRCUS, INC. A NEW YORK | § | |
| NOT-FOR-PROFIT CORPORATION | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-135 |
| | § | |
| REX TRUCKING, INC., A TEXAS | § | |
| CORPORATION, AND THE MASON | § | JURY DEMANDED |
| AND DIXON LINES, INC. A MICHIGAN | § | |
| CORPORATION | § | |
| Defendants | § | |

## FINAL JUDGMENT AS TO REX TRUCKING, INC.

BE IT REMEBERED that on this date, came to be heard **REX TRUCKING, INC.** and **THE MASON AND DIXON LINES, INC.'S**, Motion for Summary Judgment. The Court, having considered the Motion, the pleadings, the arguments of counsel, if any, and all other evidence on file, is of the opinion that the Motion is meritorious and should, in all things, be granted. It is therefore

ORDERED, ADJUDGED, AND DECREED that Defendants, **REX TRUCKING, INC.** and **THE MASON AND DIXON LINES, INC.'S**, Motion for Summary Judgment is hereby granted. It is further

ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff, **THE NATIONAL HISPANIC CIRCUS** against **REX TRUCKING, INC.** are dismissed, with prejudice.

9

All relief not expressly granted herein is DENIED.

Signed this __21st__ day of ___January___, 2003. 2004

_____
PRESIDING JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

*JEANSONNE & REMONDET, L.L.C.*

By: _____
Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
ATTORNEY-IN-CHARGE
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

ATTORNEY FOR DEFENDANT,
THE MASON AND DIXON LINES

*HOOVER SLOVACEK, L.L.P.*

By: __Patrick D. Sullivan__ (w/ permission MAP)
G. STEPHEN PARROTT
State Bar Number:
PATRICK D. SULLIVAN
State Bar Number: 00791758
Federal Bar No.: 18191
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713.977.8686
Facsimile: 713.977.5395

ATTORNEYS FOR DEFENDANT,
REX TRUCKING, INC.