**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION § § § | |
| V. § | C.A. No. B-02-135 |
| § | |
| REX TRUCKING, INC., A TEXAS CORPORATION, and THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION § § § § | |

**ADR METHOD:**   Mediation   __X__      Arbitration   _____
                  Mini-trial   _____     Summary Jury Trial   _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled _____ or did not settle _X_.

2. My total fee and expenses were: $1,600.00.

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Mr. Stephen J. Chapman, Barker, Leon, Fancher & Mattys, L.L.P., Tower II, Suite 1200, 555 N. Carancahua Street, Corpus Christi, Texas 78478 TELEPHONE: 361/881-9217
   **ATTORNEY FOR PLAINTIFF**

   Mr. Michael A. Pita, Jeansonne & Remondet, LLC, 1200 Smith, Suite 2220, Houston, Texas 77002 TELEPHONE: 713/752-0300
   **ATTORNEY FOR DEFENDANT**

ADR Provider

Name: Michael K. Clann

Date: January 15, 2004         Signature: _____