IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Plaintiff | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>    Defendant | § § § § | |
| and | § § | |
| THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION<br>    Defendant/Counter-Plaintiff | § § § § § | JURY DEMANDED |
| v. | § § | |
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Counter-Defendant | § § § § § | |

### UNOPPOSED MOTION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant, THE MASON AND DIXON LINES, INC., in the above titled and numbered cause and files this Unopposed Motion for Jeffrey Cohen to appear Pro Hac Vice as attorney-in-charge on behalf of Defendant, THE MASON AND DIXON LINES, INC., in this case. In support of this Unopposed Motion, Jeffrey Cohen affirms the following:

I, under the authority of the Rules Governing Admission to the Southern District of Texas, file this Unopposed Motion Pro Hac Vice to appear before the Court.

1. I have associated with Michael A. Pita with the law firm of Jeansonne & Remondet, L.L.C. Michael A. Pita is a practicing attorney and a member of the State Bar of Texas and the Southern District of Texas. His State Bar Card No. is 24034628, his Federal Bar No. is 32169, and his office information is as follows: 1200 Smith Street, Suite 2220, Houston, Texas 77002, (713) 752-0300, (713) 752-0410 (fax).

2. I am a member of the State Bar of Pennsylvania and New Jersey and admitted to practice before all Pennsylvania and New Jersey State courts. Additionally, I am admitted to practice in the United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania and the District of New Jersey.

3. I have not been the subject of any disciplinary action in the last five (5) years by the bar of courts of any jurisdiction in which we have been licensed.

4. I have not been denied admission to the courts of any state or to any federal court during the last five (5) years.

5. My office address, telephone number and fax number are included below in my signature.

6. Opposing counsel is unopposed to this Motion Pro Hac Vice.

WHEREFORE, PREMISES CONSIDERED, Jeffrey Cohen asks this Court to grant this Unopposed Motion Pro Hac Vice and allow him to appear before this Court as attorney-in-charge until the conclusion of this case.

Respectfully Submitted,

*JEANSONNE & REMONDET, LLC*

BY: *Michael A. Pita/by permission MKD*
Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
ATTORNEY-IN-CHARGE
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

BY: *Jeffrey D. Cohen, by permission/MKD*
Jeffrey D. Cohen
JANSSEN & KEENAN P.C.
One Commerce Square, Suite 2050
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-8888
Telecopier: (215) 665-8887

**ATTORNEYS FOR DEFENDANT,
THE MASON AND DIXON LINES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document was served on all parties by hand-delivery and/or certified mail, return receipt requested, and/or first class mail, and/or via facsimile, and/or via e-file on this 22nd day of January, 2004.

*Michael A. Pita / by permission MKP*
Michael A. Pita

## CERTIFICATE OF CONFERENCE

    The undersigned counsel has contacted all opposing counsel, and they are not opposed to this Motion.

*Jeffrey Cohen by MKP*
Jeffrey Cohen