

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Plaintiff | § § § § § | |
| v. | § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>    Defendant | § § § § | |
| and | § § | |
| THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION<br>    Defendant/Counter-Plaintiff | § § § § | JURY DEMANDED |
| v. | § § | |
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Counter-Defendant | § § § § § | |

## ORDER PRO HAC VICE

On this date, the Court considered Defendant, THE MASON AND DIXON LINES, INC.'S Unopposed Motion Pro Hac Vice. Based on the Motion, the Court finds that it is meritorious and should in all things be GRANTED. THEREFORE, IT IS

ORDERED, ADJUDGED AND DECREED that the Unopposed Motion Pro Hac Vice of Jeffrey Cohen is hereby GRANTED. It is further

Page 5

ORDERED, ADJUDGED AND DECREED that Jeffrey Cohen is hereby admitted to appear before this Court as attorney-in-charge for the purposes of the above-entitled and numbered action.

SIGNED this _____ day of _____, 2004.

_____
JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

**JEANSONNE & REMONDET, L.L.C.**

By: _Michael A. Pita by permission MCP_
MICHAEL A. PITA
State Bar No. 24034628
Federal Bar No. 32169
ATTORNEY-IN-CHARGE
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

**ATTORNEYS FOR DEFENDANT,
THE MASON AND DIXON LINES, INC.**