```
JUDGE     ANDREW  S.  HANEN
CASE MANAGER   Irma A. Soto
REPORTER  Barbara Barnard          LAW CLERK:  Michele O'Leary
U.S.P.O.                            P.S.O.
D.U.S.M.  CSO- Canant/Yanez         INTERPRETER  David Hoover
```

United States District Court
Southern District of Texas
FILED

JAN 2 8 2004

Michael N. Milby
Clerk of Court

TIME: 8:45 - 12:00 noon   1:20 - 5: 05   P.M.      DATE  1/28/04

CA. NO.   B-02-135

| NATIONAL HISPANIC CIRCUS | § | Stephen Chapman/Ricardo Oquendo, Corporate Counsel |
|---|---|---|
| Vs. | § | |
| MASON AND DIXON LINES | § | Michael Pita / Jeffrey Cohen |

### 1ST DAY OF JURY TRIAL

■ Stephen Chapman present for the Plaintiff and Ricardo Oquendo, corporate counsel is present.
Michael Pita and Jeffrey Cohen present for the Deft and Rafael Castillo, Trucking representative is present. All parties announced ready for trial.

■ Court addresses exhibits and several issues. Court addresses Defts' Joint Motion for Summary Judgment (DE #57)- **MOOT.**

■ Jury brought in and sworn in. Preliminary instructions read. Opening statements made by counsel.

■ Plaintiff calls Rigoberto Garcia. Witness sworn in. Plaintiff offers exhibits 6a thru 6c-objection.-OVERRULED. Exhibits admitted. Plaintiff offers exhibits 14a thru 14c-objection-OVERRULED. Exhibits admitted.

■ Jury excused for lunch until 1:30 p.m. Counsel to report back at 1:20 p.m.

■ Trial resumed. Witness Rigoberto Garcia continues to testify. Testimony concluded.

■ Video tape deposition of Leo Blumenauer is played by the Plaintiff.

■ Plaintiff calls Edwin A. Rivera by deposition. Mr. Ricardo Oquendo responds to questions as Mr. Rivera.

■ Plaintiff rests. ■ Jury excused until **Thursday, January 29, 2004 @ 10:00 a.m.** Counsel to report at 9:00 a.m.

■ Defensive issues addressed. ■ Defendant's oral Motion pursuant to Rule 50(a)(1), after arguments of counsel, is **DENIED.**

■ Conference charge held.

■ Court adjourned; exhibits secured.

Plaintiff files its Proposed Jury instructions and Questions (w/disk).

Defendant, Mason and Dixon Lines, files Revised Proposed Jury Instructions (w/disk); Objections to Plaintiff's Exhibits; Defendant's Deposition Designations; and Supplemental Uncontested Facts.