United States District Court
Southern District of Texas
FILED

JAN 2 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC. A NEW YORK NOT-FOR-PROFIT CORPORATION<br>　　Plaintiff | § § § § § | |
| V. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>　　Defendant | § § § § | |
| AND | § § | |
| THE MASON AND DIXON, LINES, INC. A MICHIGAN CORPORATION<br>　　Defendant/Counter-Plaintiff | § § § § § | JURY DEMANDED |
| V. | § § | |
| THE NATIONAL HISPANIC CIRCUS, A NEW YORK NOT-FOR-PROFIT CORPORATION<br>　　Counter-Defendant. | § § § § § | |

## OBJECTIONS TO PLAINTIFF'S EXHIBITS

| Plaintiff's Exhibit Number | Objection |
|---|---|
| NHC-3 (Exhibit 3 in Blumenauer Deposition) | Hearsay, Insurance Information |
| NHC-4 (Exhibit 4 in Blumenauer Deposition) | Insurance Information |
| NHC-5 (Exhibit 5 in Blumenauer Deposition) | Hearsay |
| NHC-6A | Hearsay |
| NHC-6B | Hearsay |
| NHC-6C | Hearsay |
| NHC-10 | Insurance Information (on top end unknown writing) |

Page 1

| | |
|---|---|
| NHC-13 | Hearsay |
| NHC-14A | Hearsay |
| NHC-14B | Hearsay |
| NHC-14C | Hearsay |
| NHC-15 | Agreement that this transcript will not be introduced as evidence. |
| NHC-15 (Exhibit 3 in Blumenauer Deposition same as NHC-3) | Hearsay, Insurance Information |
| (Exhibit 4 in Blumenauer Deposition same as NHC-4) | Insurance Information |
| (Blumenauer Deposition Exhibit 5) | Hearsay |
| (Exhibit 8 in Blumenauer Deposition same as NHC-5) | Hearsay |
| NHC-16 | Agreement that this transcript will not be introduce as evidence. |
| NHC-17 (Exhibit 6 in Rigoberto Garcia Deposition same as NHC-14A) | Agreement that this transcript will not be introduced as evidence. |
| NHC-18 | Hearsay, Insurance Information |
| NHC-19 | Hearsay, Insurance Information |
| NHC-20 | Hearsay, Insurance Information |
| NHC-22 | Incomplete computer generated report (recent production- prejudicial, hearsay) |
| NHC-23 | Agreement that this transcript will not be introduced as evidence. |

Respectfully submitted,

BY: _____
Jeffrey D. Cohen
PA State Bar No. 77798
JANSSEN & KEENAN P.C.
One Commerce Square, Suite 2050
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-8888
Telecopier: (215) 665-8887

and

Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
JEANSONNE & REMONDET, LLC
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

**ATTORNEYS FOR DEFENDANT,
MASON AND DIXON LINES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record by hand delivery on this 28th of January, 2004.

Stephen J. Chapman
Barker, Leon, Fancher, & Mathys, L.L.P.
Tower II-Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
**BY HAND DELIVERY**

_____

Page 3