

United States District Court
Southern District of Texas
FILED

JAN 2 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC. A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Plaintiff | § § § § § |
| V. | §   CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>    Defendant | § § § § |
| AND | § § |
| THE MASON AND DIXON, LINES, INC. A MICHIGAN CORPORATION<br>    Defendant/Counter-Plaintiff | §   JURY DEMANDED § § § |
| V. | § § |
| THE NATIONAL HISPANIC CIRCUS, A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Counter-Defendant. | § § § § |

## SUPPLEMENTAL UNCONTESTED FACTS

1. The Plaintiff, Circus did not pay the freight charges to the Defendant, trucking company, for any of the shipments.

2. The Plaintiff, Circus placed a stop payment on a check made out to pay for the freight charges in the amount of $18,485.00.

3. Freight charges for the delivery of six (6) of the seven (7) trailers is $15,885.00.

4. Defendant, trucking company, did not deliver one of the trailers in a reasonable amount of time.

Respectfully submitted,

BY: _____
Stephen J. Chapman
State Bar No. 24001870
BARKER, LEON, FANCHER
& MATHYS, L.L.P.
Tower II-Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361)881-9217
Telecopier: (361)882-9437

**ATTORNEY FOR PLAINTIFF
THE NATIONAL HISPANIC CIRCUS**

Respectfully submitted,

BY: _____
Jeffrey D. Cohen
PA State Bar No. 77798
JANSSEN & KEENAN P.C.
One Commerce Square, Suite 2050
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-8888
Telecopier: (215) 665-8887

and

Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
JEANSONNE & REMONDET, LLC
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

**ATTORNEYS FOR DEFENDANT,
MASON AND DIXON LINES, INC.**