JUDGE     ANDREW   S.  HANEN
CASE MANAGER    Irma A.  Soto
REPORTER  Barbara Barnard          LAW CLERK:  Michele O'Leary
U.S.P.O.                                         P.S.O.
D.U.S.M.   CSO- Canant/Yanez        INTERPRETER   Not Used

United States District Court
Southern District of Texas
FILED
JAN 2 9 2004
Michael N. Milby
Clerk of Court

TIME:  9:01 a.m. - 12:15 P.M.    1:15 - 4:45  P.M.    DATE  1/29/04

CA. NO.   B-02-135

NATIONAL HISPANIC CIRCUS          § Stephen Chapman/Ricardo Oquendo, Corporate Counsel

Vs.                               §

MASON AND DIXON LINES             § Michael Pita / Jeffrey Cohen

## 2ND DAY OF JURY TRIAL

■ All parties appeared and announced. Conference charge held. Stipulations by the parties.

■ Jury brought in.  Trial resumed.

■ Defendant presents evidence. Defendant calls Edwin A. Rivera by deposition.  Michael Pita responds to questions as Mr Rivera.

■ Defendant calls Leo Blumenaur by deposition.  Michael Pita responds to questions as Mr. Blumenaur.

■ Defendant calls Ralph Castillo.  Witness sworn in. Testimony concluded.

■ Defendant calls Curtis Spiva by deposition.  Michael Pita responds to questions as Mr. Spiva.

■ Defendant rests. ■ Jury excused for lunch until 1:30 p.m.

■ Conference charge held. ■ Lunch recess.  Counsel to report back at 1:15 p.m.

■ Conference charge held.  Stipulation of Facts executed and filed  by counsel.

■ Plaintiff's exhibits 4, 5 , 10 and 21 are withdrawn without objection from Defendant.

■ Jury brought in.  Court's charge to the jury.  Closing arguments by counsel.

■ Defendant's exhibits 23, 24, 25, 26, 27, 28 and 29 are withdrawn without objection from Plaintiff.

■ Jury Deliberating. Jury Note #1 - Oral Response.

■ Jury Note #2 - Oral Response.  Jury excused until **Friday, January 30, 2004 @ 9:00 a.m.**

■ Court adjourned; exhibits secured.