IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A New York not-for-profit Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation | ) CIVIL ACTION No. B-02-135 ) ) ) ) |
| Defendants. | ) |

## LIST OF EXHIBITS
## PURSUANT TO F.R.C.P. 26(A)(3)

A. **Exhibits Expected to Be Offered:**

1. Bills of lading for shipment to the Chicago Show. — *admitted – 1/28/04*

2. Email dated Nov. 1, 2001 regarding missing truck and driver. — *admitted – 1/28/04*

3. Handwritten notes regarding Hijacked trailer (bates 18) — *objection: sustained 1/28/04*

4. Cherokee Insurance Investigation form. — *admitted – 1/28/04 – (redact)*  [withdrawn – 1/29/04]

5. Letter to Wendy at Rex Trucking dated 10/29/01. — *admitted – 1/28/04 – (redact)*  [withdrawn – 1/29/04]

6.a-c. Invoices for the order of new bleachers from Italy. *objection – overruled – admitted – 1/28/04*

7. Invoices for rental of bleachers. — *not offered.*

8. Listing of Circus shows for 2001 season — *admitted – 1/28/04*

9. Cannobio diagrams of bleachers — *admitted – 1/28/04*

PLAINTIFF'S LIST OF EXHIBITS PURSUANT TO F.R.C.P 26(A)(3) - Page 1

*Withdrawn - 1/29/04* 10. Hijacked trailer registration. — *admitted - 1/28/04 - (redact)*

11. Report of missing truck dated 10/8/01 (bates 40) — *admitted - 1/28/04*

12. Email dated 28 Nov. 01 regarding shipment of the bleachers from Italy. — *admitted - 1/28/0*

13. Letters regarding shipping charges from Italy. *Objection - sustained 1/28/04*

14. A-C Checks for payment to Cannobio for bleachers. — *admitted - 1/28/04*

15. Deposition of Leo Blumenauer
16. Deposition of Edwin Rivera
17. Deposition of Rigoberto Garcia
18. Defendants Responses to Admissions
19. Defendants response to Interrogatories.
20. Defendants Responses to Production

} *not offered — court use only*

*Withdrawn - 1/29/04* 21. Asset Purchase Agreement Rex Trucking. — *admitted 1/28/04*

22. Gate Receipts for Chicago Show — *admitted 1/28/04 - w/o computer printout*

23. Deposition of Curtis Spiva — *not offered — court use only*

PLAINTIFF'S LIST OF EXHIBITS PURSUANT TO F.R.C.P 26(A)(3) - Page 2