United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC. A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Plaintiff | § § § § § |
| V. | § § § CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>    Defendant | § § § § |
| AND | § § |
| THE MASON AND DIXON, LINES, INC. A MICHIGAN CORPORATION<br>    Defendant/Counter-Plaintiff | § § § JURY DEMANDED § |
| V. | § § |
| THE NATIONAL HISPANIC CIRCUS, A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Counter-Defendant. | § § § § |

## DEFENDANT'S REVISED EXHIBIT LIST

| EX | DESCRIPTION | DATE | AGREE | OFFER | OBJECT | ADMIT | COMMENTS |
|---|---|---|---|---|---|---|---|
| D-1 | Bill of Lading Number 26161, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |
| D-2 | Bill of Lading 26163, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |
| D-3 | Bill of Lading Number 26192, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |

Page 1

| EX | DESCRIPTION | DATE | A G R E E | O F F E R | O B J E C T | A D M I T | COMMENTS |
|---|---|---|---|---|---|---|---|
| D-4 | Bill of Lading Number 26198, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |
| D-5 | Bill of Lading Number 26199, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |
| D-6 | Bill of Lading Number 510-83, issued by Line Drive on August 27, 2001. | 1/28/04 | | ✓ | | ✓ | |
| D-7 | Invoice Number 006485, issued by Line –Drive Power Trucking (1303) | 1/28/04 | | ✓ | | ✓ | |
| D-8 | Invoice issued by Rex Trucking, Inc. load 1303 | 1/28/04 | | ✓ | | ✓ | |
| D-9 | Invoice Number 26163A, issued by Rex Trucking | 1/28/04 | | ✓ | | ✓ | |
| D-10 | Invoice Number 26192A, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |
| D-11 | Invoice Number 26198A, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |
| D-12 | Invoice Number 006484, issued by Line –Drive Power Trucking (1301) | 1/28/04 | | ✓ | | ✓ | |
| D-13 | Invoice Number 006484, issued by Line –Drive Power Trucking (1301) – version 2 | 1/28/04 | | ✓ | | ✓ | |
| D-14 | Invoice issued by Rex Trucking, Inc. load 1301 | 1/28/04 | | ✓ | | ✓ | |
| D-15 | Invoice Number 26199A, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |

| EX | DESCRIPTION | DATE | A G R E E | O F F E R | O B J E C T | A D M I T | COMMENTS |
|---|---|---|---|---|---|---|---|
| D-16 | Invoice Number 26161A, issued by Rex Trucking, Inc. | 1/28/04 | | ✓ | | ✓ | |
| D-17 | Check Number 1106, Issued by the National Hispanic Circus for $18,485 | 1/28/04 | | ✓ | | ✓ | |
| D-18 | Rules and Regulations – Rex Trucking | 1/28/04 | | ✓ | ✓ | | sustained |
| D-19 | Email from Ralph Castille to Ted Tilley, dated November 1, 2001. | 1/28/04 | | ✓ | | ✓ | |
| D-20 | Letter From Leo Blumenauer to Ricardo Oquendo, dated February 19, 2001. | 1/28/04 | | ✓ | ✓ | | sustained |
| D-21 | National Hispanic Circus – 2001 Schedule | 1/28/04 | | ✓ | | ✓ | |
| D-22 | E-mail from Canobbio to Ernesto Villanova - 11/28/01 | 1/28/04 | | ✓ | | ✓ | |
| D-23 | Portions of Plaintiff's Responses to Request for Production | 1/28/04 | | ✓ | | ✓ | withdrawn 1/29/04 |
| D-24 | Portions of Plaintiff's Answers to Interrogatories | 1/28/04 | | ✓ | | ✓ | withdrawn 1/29/04 |
| D-25 | Portions of Plaintiff's Responses to Requests for Admission | 1/28/04 | | ✓ | | ✓ | Withdrawn 1/29/04 |
| D-26 | Deposition Designations - Rigoberto Garcia Santiago | 1/28/04 | | ✓ | | ✓ | withdrawn 1/29/04 |

Page 3

| EX | DESCRIPTION | DATE | AGREE | OFFER | OBJECT | ADMIT | COMMENTS |
|---|---|---|---|---|---|---|---|
| D-27 | Deposition Designations - Edwin Rivera | 1/28/04 | | ✓ | | ✓ | Withdrawn 1/29/04 |
| D-28 | Deposition Designations- Leo Blumenauer | 1/28/04 | | ✓ | | ✓ | Withdrawn 1/29/04 |
| D-29 | Deposition Designations - Curtis Spiva | 1/28/04 | | ✓ | | ✓ | Withdrawn 1/29/04 |
| D-30 | September 2001 Calendar | 1/28/04 | | ✓ | | ✓ | |
| D-31 | Gate Receipts – 9/1/01 | 1/28/04 | | ✓ | | ✓ | |
| D-32 | Gate Receipts – 9/2/01 | 1/28/04 | | ✓ | | ✓ | |
| D-33 | Gate Receipts – 9/3/01 | 1/28/04 | | ✓ | | ✓ | |
| D-34 | Gate Receipts – 9/4/01 | 1/28/04 | | ✓ | | ✓ | |
| D-35 | Gate Receipts – 9/5/01 | 1/28/04 | | ✓ | | ✓ | |
| D-36 | Gate Receipts – 9/6/01 | 1/28/04 | | ✓ | | ✓ | |
| D-37 | Gate Receipts – 9/7/01 | 1/28/04 | | ✓ | | ✓ | |
| D-38 | Gate Receipts – 9/8/01 | 1/28/04 | | ✓ | | ✓ | |
| D-39 | Gate Receipts – 9/9/01 | 1/28/04 | | ✓ | | ✓ | |
| D-40 | Gate Receipts – 9/12/01 | 1/28/04 | | ✓ | | ✓ | |
| D-41 | Gate Receipts – 9/13/01 | 1/28/04 | | ✓ | | ✓ | |
| D-42 | Gate Receipts – 9/14/01 | 1/28/04 | | ✓ | | ✓ | |
| D-43 | Gate Receipts – 9/15/01 | 1/28/04 | | ✓ | | ✓ | |
| D-44 | Gate Receipts – 9/16/01 | 1/21/04 | | ✓ | | ✓ | |

| EX | DESCRIPTION | DATE | A G R E E E | O F F E R | O B J E C T | A D M I T | COMMENTS |
|---|---|---|---|---|---|---|---|
| D-45 | Hand Written Summary of Gate Receipts | 1/28/04 | | ✓ | | ✓ | |
| D-46 | Certified Statement of Tickets Printed | 1/28/04 | | ✓ | | ✓ | |
| D-47 | Quick Tick International Detail Print Manifest | 1/28/04 | | ✓ | | ✓ | |
| D-48 | Letter from Carlos Vazquez to Richard Oquendo – 10/31/01 | 1/28/04 | | ✓ | | ✓ | |
| D-49 | Gate Receipt Summary | 1/28/04 | | ✓ | | ✓ | |
| D-50 | Computer Sheet Re Ticket Sales | 1/28/04 | | ✓ | ✓ | | sustained |
| D-51 | Receipt For Payment – $18,485 | 1/28/04 | | ✓ | | ✓ | |

In addition to the above listed documents, Defendant reserves the right to introduce rebuttal exhibits.

Respectfully submitted,

BY : _____

Jeffrey D. Cohen
PA State Bar No. 77798
JANSSEN & KEENAN P.C.
One Commerce Square, Suite 2050
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-8888
Telecopier: (215) 665-8887

and

Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
JEANSONNE & REMONDET, LLC
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

**ATTORNEYS FOR DEFENDANT,
MASON AND DIXON LINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record by hand delivery on this 28th of January, 2004.

Stephen J. Chapman
Barker, Leon, Fancher, & Mathys, L.L.P.
Tower II-Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
**BY HAND DELIVERY**

Page 6