IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
– BROWNSVILLE DIVISION –

United States District Court
Southern District of Texas
FILED
JAN 2 9 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC. A NEW YORK NOT-FOR-PROFIT CORPORATION<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-135 |
| V. | §<br>§<br>§ | JURY DEMANDED |
| THE MASON AND DIXON LINES, INC., A Michigan Corporation<br>Defendant. | §<br>§<br>§ | |

## STIPULATION OF FACTS

1. On August 27, 2001 the Circus and Mason and Dixon Lines entered into an agreement pursuant to which Mason and Dixon Lines was to provide drivers and trucks to transport seven (7) Circus trailers from Harlingen, Texas to Chicago, Illinois.

2. The trailer and bleachers did not arrive in Chicago.

3. The Circus rented bleachers to carry out its performances in Chicago.

4. Mason and Dixon agreed to pay the circus for rental bleachers.

5. Mason and Dixon did not pay for the rental of bleachers.

6. The Plaintiff, Circus did not pay the freight charges to the Defendant, trucking company, for any of the shipments.

7. The Plaintiff, Circus placed a stop payment on a check made out to pay for the freight charges in the amount of $18,485.00.

8. Freight charges for the delivery of six (6) of the seven (7) trailers is $15,885.00.

9. Defendant, trucking company, did not deliver one of the trailers in a reasonable amount of time.

10. On September 19, 2001 the Circus ordered new bleachers from Canobbio.

11. The original bleachers were later found and returned to Plaintiff.

**AGREED:**

_____
Stephen Chapman
Attorney for The National Hispanic Circus

_____
Jeffrey Cohen
Attorney for The Mason and Dixon Line