IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

NATIONAL HISPANIC CIRCUS, INC.   §
                                 §
VS                               §   CA NO. B-02-135
                                 §
MASON AND DIXON LINES            §


                     JURY NOTE NO.  1


☐   We have reached a verdict.

☑   May we borrow a calculator


Foreperson   Aurora Smith
Date         1/29/04
Time         2:55 pm