IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NATIONAL HISPANIC CIRCUS, INC. § <br> § <br> VS § <br> § <br> MASON AND DIXON LINES § | CA NO. B-02-135 |

**JURY NOTE NO.** 2

☐ We have reached a verdict.

☐ _____

We need more time to decide and would like to come back in the morning

Foreperson: Aaron Smith
Date: 1-29-04
Time: 4:40 P.M.