Case 1:02-cv-00135   Document 72   Filed in TXSD on 01/30/2004   Page 1 of 1

United States District Court
Southern District of Texas
FILED

JAN 3 0 2004

Michael N. Milby
Clerk of Court

JUDGE   ANDREW S. HANEN
CASE MANAGER   Irma A. Soto
REPORTER   Barbara Barnard          LAW CLERK:  Michele O'Leary
U.S.P.O.                             P.S.O.
D.U.S.M.   CSO- Canant/Yanez         INTERPRETER   Not Used

TIME:  9:00 - 11:43   A.M.           P.M.        DATE  1/30/04

CA. NO.   B-02-135

NATIONAL HISPANIC CIRCUS         § Stephen Chapman/Ricardo Oquendo, Corporate Counsel

Vs.                              §

MASON AND DIXON LINES            § Michael Pita / Jeffrey Cohen

### 3ʳᴰ DAY OF JURY TRIAL
### (DELIBERATION)

■ All parties appeared present.    Jury brought in and continues to deliberate.

■ Jury Note #3 - Verdict reached.

■ All parties present. Jury brought in. Verdict received, read into the record and filed. Jury excused.

■ Court instructs Plaintiff to filed Motion for Entry of Judgment by February 6, 2004.  Defendant to respond by February 27, 2004 and include JNOV points.  Plaintiff to respond by March 5, 2004.  Hearing will be set after all pleadings filed.

■ Court adjourned; exhibits secured.