73

United States District Court
Southern District of Texas
FILED

JAN 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NATIONAL HISPANIC CIRCUS, INC. § | |
| § | |
| VS § | CA NO. B-02-135 |
| § | |
| MASON AND DIXON LINES § | |

**JURY NOTE NO.** #3

[x] We have reached a verdict.

[ ] _____

Foreperson  *Aurora Smith*
Date        1-30-04
Time        11:00 AM