```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
 2                  BROWNSVILLE DIVISION

 3                                      )
    NATIONAL HISPANIC CIRCUS            )
 4                                      )
                                        ) CIVIL ACTION NO.
 5  VS.                                 ) B-02-135
                                        )
 6  REX TRUCKING, INC., AND MASON AND   )
    DIXON LINES                         )
 7                                      )

 8

 9                        TRIAL
           BEFORE THE HONORABLE ANDREW S. HANEN
10                  JANUARY 28, 2004
                        VOLUME 1
11

12  APPEARANCES:

13  For the Plaintiff:       Mr. Stephen J. Chapman
                             555 N. Carancahua St.
14                           Suite 1200, Tower II
                             Corpus Christi, Texas   78478
15
    For the Plaintiff:       Mr. Ricardo E. Oquendo
16                           Davidoff & Malito, L.L.P.
                             605 Third Avenue
17                           New York, New York   10158

18  For the Defendant:       Mr. Jeffrey D. Cohen
                             Janssen & Keenan, P.C.
19                           One Commerce Square, Suite 2050
                             2005 Market Street
20                           Philadelphia, PA   19103

21  For the Defendant:       Mr. Michael Andrew Pita
                             Jeansonne & Remondet, L.L.C.
22                           1200 Smith Street, Suite 2265
                             Houston, Texas   77002
23
    Transcribed by:          BARBARA BARNARD
24                           Official Court Reporter
                             600 E. Harrison, Box 301
25                           Brownsville, Texas   78520
                             (956)548-2591
```

United States District Court
Southern District of Texas
FILED

MAR 1 6 2004

Michael N. Milby
Clerk of Court

CERTIFIED COPY