332

```
            IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION

                                    )
NATIONAL HISPANIC CIRCUS            )
                                    )
                                    ) CIVIL ACTION NO.
VS.                                 ) B-02-135
                                    )
REX TRUCKING, INC., AND MASON AND   )
DIXON LINES                         )
                                    )
```

United States District Court
Southern District of Texas
FILED

MAR 1 6 2004

Michael N. Milby
Clerk of Court

```
                          TRIAL
             BEFORE THE HONORABLE ANDREW S. HANEN
                      JANUARY 30, 2004
                         VOLUME 3


APPEARANCES:

For the Plaintiff:       Mr. Stephen J. Chapman
                         555 N. Carancahua St.
                         Suite 1200, Tower II
                         Corpus Christi, Texas   78478

For the Plaintiff:       Mr. Ricardo E. Oquendo
                         Davidoff & Malito, L.L.P.
                         605 Third Avenue
                         New York, New York   10158


For the Defendant:       Mr. Jeffrey D. Cohen
                         Janssen & Keenan, P.C.
                         One Commerce Square, Suite 2050
                         2005 Market Street
                         Philadelphia, PA   19103

For the Defendant:       Mr. Michael Andrew Pita
                         Jeansonne & Remondet, L.L.C.
                         1200 Smith Street, Suite 2265
                         Houston, Texas   77002

Transcribed by:          BARBARA BARNARD
                         Official Court Reporter
                         600 E. Harrison, Box 301
                         Brownsville, Texas   78520
                         (956)548-2591
```

CERTIFIED COPY