IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE NATIONAL HISPANIC ) | |
| CIRCUS, INC., A New York ) | |
| not-for-profit Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION No. B-02-135 |
| REX TRUCKING, INC., a Texas ) | |
| Corporation, and THE MASON AND ) | |
| DIXON LINES, INC., a Michigan ) | |
| Corporation ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF NATIONAL HISPANIC CIRCUS' MOTION TO SET HEARING ON ENTRY OF JUDGMENT AND DEFENDANTS' MOTION FOR JUDGMENT

Comes now, The National Hispanic Circus, Plaintiff, and would move the court to set a hearing on the Motion for Entry of Judgment and Defendants' Motion for Judgment on April 29 or 30, 2004 or the week of May 10, 2004.

Wherefore, Plaintiff prays that the Court set a hearing on Plaintiff National Hispanic Circus' Motion for entry of Judgment and Defendants' Motion for Judgment.

Motion for Hearing 1

Respectfully submitted,

BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

_____
Stephen J. Chapman
ATTORNEY IN CHARGE
State Bar No. 24001870
Federal Admission No. 32677
Attorneys for Plaintiff
The National Hispanic Circus

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this the 19th day of March, 2004, to all counsel of record as follows:

Jeffrey D. Cohen                                    *VIA FAX AND REGULAR MAIL*
JANSSEN & KEENAN, P.C.
One Commerce Square, Suite 2050
2005 Market Street
Philadelphia, PA 19103

_____
Stephen J. Chapman

Motion for Hearing 2