# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
JUN 2 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., a New York Not-For-Profit Corp.<br>    Plaintiff, | § § § § § | |
| V. | § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., A Michigan Corporation<br>    Defendant. | § § § § § § | |

## JUDGMENT

This matter was presented to a jury from January 28, 2004, through January 29, 2004, and the jury returned a verdict on January 30, 2004. In accordance with the Memorandum Opinion and reasons issued therein signed on this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff The National Hispanic Circus, Inc. ("Plaintiff") and against Defendant The Mason and Dixon Lines, Inc. in the principal amount of $116,400. Plaintiff is entitled to recover prejudgment interest on that amount at the rate of 2.22%, running from November 29, 2001, through the day prior to the day this judgment is entered, with said interest to be computed daily and compounded annually. Plaintiff is also entitled to recover postjudgment interest at the rate of 2.22% from the date of this judgment is entered until the date paid. Said interest shall be computed daily and compounded annually.

Signed in Brownsville, Texas, this 25th day of June, 2004.

                                          Andrew S. Hanen
                                          United States District Judge