

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 26 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>Plaintiff | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC , A TEXAS CORPORATION<br>Defendant | § § § § § | |
| and | § § | |
| THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION<br>Defendant/Counter-Plaintiff | § § § | JURY DEMANDED |
| v. | § § | |
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>Counter-Defendant | § § § § | |

## DEFENDANT THE MASON AND DIXON LINES, INC.'S
## NOTICE OF APPEAL

Notice is hereby given that The Mason and Dixon Lines, Inc., defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment in favor of plaintiff and against defendant The Mason and Dixon Lines, Inc., entered in this action on June 25, 2004 (Document No. 84).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of The Mason and Dixon Lines, Inc.'s Notice of Appeal was served via certified mail to all counsel of record on this 26th day of July, 2004, as follows:

*Counsel for Plaintiff/Counter-Defendant The National Hispanic Circus, Inc.*

Stephen J. Chapman, Esquire
Barker, Leon, Fancher & Matthys
Tower II - Suite 1200
555 N. Carancahua Street
Corpus Christi, TX 78478

*Of Counsel for Defendant /Counter-Plaintiff The Mason and Dixon Lines, Inc.*

Michael A. Pitt
Jeansonne & Remondet, LLC
1200 Smith Street, Suite 2220
Houston, Texas 77002

Jeffrey D. Cohen