**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., a New York Not-For-Profit Corp. ) ) ) ) | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Action No. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., A Michigan Corporation ) ) ) ) | |
| Defendants. ) | |

I, MICHAEL N. MILBY, Clerk of this United States District Court certify that the attached Judgment is a true and correct copy of the original Judgment entered in this action on June 25, 2004, as it appears in the records of this Court, and that a Notice of Appeal from this Judgment was filed on July 26, 2004, but the Defendants have not filed a bond, stipulation or undertaking for a stay pending the appeal and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed and no motion of any kind listed in Rule 8(a) or (b) of the Federal Rules of Appellate Procedure seeking a stay or injunction pending appeal have been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on:

August 27, 2004

MICHAEL N. MILBY, CLERK

BY: Dahlila Ahumada