**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. Harrison St. - Room #101
Brownsville, Texas 78520
09/10/04

MICHAEL N. MILBY, Clerk

Mr. Charles R. Fulbruge, III, Clerk

Re: <u>National Hispanic Circus, Inc.  a New York Non Profit Corporation vs. Rex Trucking, Inc. A Texas Corporation, Et. al.</u>

U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ x ] Certified Copy of Notice of Appeal and docket entries.

[  ] Certified copy of the notice of cross-appeal and docket entries.

[ x ] Record of appeal consisting of __2__ Volume(s) of the record; __3__ Volume(s) of the transcript.

[  ] OTHER _____

In regard to the notice of appeal, the following information is furnished:

[  ] This case is proceeding in forma pauperis.

[  ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[ x ] U.S. District Judge entering final judgment is __Andrew S. Hanen__

[ X ] Court reporter assigned to this case is __Barbara Barnard__

[  ] If criminal case, number and names of defendants: _____

[  ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours.

BY: _Dahlila Ahumada_
Dahlila Ahumada

cc: File

Roger E. Albright
Steven J. Chapman
G. Stephen Parrott
Patrick David Sullivan
Michael Andrew Pita
Roger Earl Albright
Jonathan Ball
USCA