IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>　　　Plaintiff | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>　　　Defendant | § § § § | |
| and | § § | |
| THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION<br>　　　Defendant/Counter-Plaintiff | § § § § | JURY DEMANDED |
| v. | § § | |
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>　　　Counter-Defendant | § § § § § | |

**DEFENDANT THE MASON AND DIXON LINES, INC.'S
MOTION FOR APPROVAL OF SUPERSEDEAS BOND**

Defendant The Mason and Dixon Lines, Inc. moves pursuant to Fed.R.Civ.P. 62 for approval of the attached supersedeas bond in the amount of $128,689.12 to stay enforcement of the judgment entered June 25, 2004, in the amount of $116,400, plus pre- and post-judgment interest, pending disposition of The Mason and Dixon Lines, Inc.'s appeal to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted

BY: _____
Jeffrey D. Cohen
ATTORNEY-IN-CHARGE
JANSSEN KEENAN & CIARDI P.C.
One Commerce Square, Suite 2050
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-8888
Telecopier: (215) 665-8887

and

Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
JEANSONNE & REMONDET, LLC
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

ATTORNEYS FOR DEFENDANT,
THE MASON AND DIXON LINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Approval of Supersedeas Bond was served via First Class United States Mail, postage pre-paid, on this 17th day of September 2004 on counsel listed below:

Stephen J. Chapman, Esquire
Barker, Leon, Fancher & Matthys
Tower II - Suite 1200
555 N. Carancahua Street
Corpus Christi, TX 78478

Jeffrey D. Cohen