IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., a New York Not-For-Profit Corp., Plaintiff, | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., a Texas Corporation, and THE MASON AND DIXON LINES, INC., a Michigan Corporation, Defendants. | § § § § § | |

## SUPERSEDEAS BOND

KNOW ALL MEN BY THESE PRESENTS, that we, The Mason And Dixon Lines, Inc., the above-named Defendant, as principal, and Cherokee Insurance Company, as surety, are held and firmly bound unto The National Hispanic Circus, Inc., Plaintiff, in the full and just sum of One Hundred Twenty Eight Thousand Six Hundred Eighty Nine Dollars and Twelve Cents ($128,689.12), to be paid to the said Plaintiff, The National Hispanic Circus, Inc., their certain attorney, successors, executors, administrators, or assigns; to which payment to be well and truly made we bind ourselves, our heirs, executors, administrators, successors, and assigns, jointly and severally, by these presents.

Sealed with our seal and dated this 10th day of September, 2004.

WHEREAS, on June 25, 2004, a Judgment was rendered in favor of the above-named obligee, and the said Defendant has appealed from said judgment to the United States Court of Appeals for the Fifth Circuit; and

WHEREAS, the said Defendant desires a stay of all proceedings in the above-entitled cause until the determination of the said appeal;

NOW, THEREFORE, the condition of this obligation is such that of the said Defendant, The Mason And Dixon Lines, Inc., as appellant, shall prosecute its appeal with effect and shall satisfy the said Judgment in full together with costs, interest, and damages for delay if said appeal is dismissed or if the Judgment is

affirmed, and shall satisfy in full such modification of the Judgment and costs, interests, and damages as may be adjudged and awarded by the Appellate Court, then this obligation to be void, otherwise to remain in full force and effect.

_____  
The Mason And Dixon Lines, Inc.  
By: Tom Wellsman, Secretary & Treasurer

_____  
Cherokee Insurance Company  
By: Mark J. Dadabbo, President & Attorney-in-fact

### ORDER

The foregoing bond is hereby approved and is to stand as a supersedeas until the final determination of the appeal.

BY THE COURT:

_____  
Honorable Andrew S. Hanen, District Judge

Date: _____

Surety Bond #SB-000024A

