IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>　　Plaintiff | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>　　Defendant | § § § § | |
| and | § § | |
| THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION<br>　　Defendant/Counter-Plaintiff | § § § § | JURY DEMANDED |
| v. | § § | |
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>　　Counter-Defendant | § § § § § | |

United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

**PRAECIPE TO FILE
CERTIFICATE OF CONFERENCE REGARDING
DEFENDANT THE MASON AND DIXON LINES, INC.'S
<u>MOTION FOR APPROVAL OF SUPERSEDEAS BOND</u>**

TO THE CLERK OF THE COURT:

　　Kindly file the attached Certificate of Conference regarding The Mason and Dixon Lines, Inc.'s Motion for Approval of Supersedeas Bond (Document No. 90), filed September 20, 2004.

Respectfully submitted

BY: *Jeffrey Cohen* /s/
    Jeffrey D. Cohen
    ATTORNEY-IN-CHARGE
    JANSSEN KEENAN & CIARDI P.C.
    One Commerce Square, Suite 2050
    2005 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 665-8888
    Telecopier: (215) 665-8887

and

Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
JEANSONNE & REMONDET, LLC
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410


ATTORNEYS FOR DEFENDANT,
THE MASON AND DIXON LINES, INC.

United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe and Certificate of Conference was served via Federal Express overnight delivery, on this 23rd day of September 2004 on counsel listed below:

Stephen J. Chapman, Esquire
Barker, Leon, Fancher & Matthys
Tower II - Suite 1200
555 N. Carancahua Street
Corpus Christi, TX 78478

_____
Jonathan F. Ball