IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Plaintiff | § | |
| v. | § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>    Defendant | § | |
| and | § | |
| THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION<br>    Defendant/Counter-Plaintiff | § | JURY DEMANDED |
| v. | § | |
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Counter-Defendant | § | |

**PRAECIPE TO FILE
CERTIFICATE OF CONFERENCE REGARDING
DEFENDANT THE MASON AND DIXON LINES, INC.'S
MOTION FOR APPROVAL OF SUPERSEDEAS BOND**

TO THE CLERK OF THE COURT:

    Kindly file the attached Certificate of Conference regarding The Mason and Dixon Lines, Inc.'s Motion for Approval of Supersedeas Bond (Document No. 90), filed September 20, 2004.

Respectfully submitted

BY: *Jeffrey Cohen* /s/
Jeffrey D. Cohen
ATTORNEY-IN-CHARGE
JANSSEN KEENAN & CIARDI P.C.
One Commerce Square, Suite 2050
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-8888
Telecopier: (215) 665-8887

and

Michael A. Pita
State Bar No. 24034628
Federal Bar No. 32169
JEANSONNE & REMONDET, LLC
1200 Smith Street, Suite 2220
Houston, Texas 77002
Telephone: (713) 752-0300
Telecopier: (713) 752-0410

ATTORNEYS FOR DEFENDANT,
THE MASON AND DIXON LINES, INC.

United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe and Certificate of Conference was served via Federal Express overnight delivery, on this 23rd day of September 2004 on counsel listed below:

> Stephen J. Chapman, Esquire
> Barker, Leon, Fancher & Matthys
> Tower II - Suite 1200
> 555 N. Carancahua Street
> Corpus Christi, TX 78478

_____
Jonathan F. Ball