IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC<br>CIRCUS, INC., A NEW YORK<br>NOT-FOR-PROFIT CORPORATION<br>      Plaintiff | § § § § § | |
| v. | § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS<br>CORPORATION<br>      Defendant | § § § § | |
| and | § | |
| THE MASON AND DIXON LINES, INC.,<br>A MICHIGAN CORPORATION<br>      Defendant/Counter-Plaintiff | § § § § | |
| v. | § § | |
| THE NATIONAL HISPANIC<br>CIRCUS, INC., A NEW YORK<br>NOT-FOR-PROFIT CORPORATION<br>      Counter-Defendant | § § § § | |

## **ORDER**

AND NOW, this 28th day of September, 2004, upon consideration of Defendant The Mason and Dixon Lines, Inc.'s emergency motion to strike the Clerk of this Court's certification of the judgment entered in this matter on June 25, 2004, and motion for leave to file a separate motion for imposition of Rule 11 sanctions against Plaintiff and its counsel, and it appearing that Plaintiff filed an *ex parte* application for certification rather than a motion as required by 28 U.S.C. § 1963 in light of the pendency of Defendant's appeal, it is hereby **ORDERED** as follows:

1. The emergency motion to strike the Clerk's certification of the judgment entered June 25, 2004 is **GRANTED** and said certification is **STRICKEN**.

2. The motion for leave to file a separate motion for the imposition of sanctions against Plaintiff and its counsel pursuant to Rule 11 is **GRANTED**. Defendant shall file within 14 days a motion pursuant to Rule 11 together with a bill of the costs and counsel fees it seeks to have imposed as a sanction against Plaintiff and its counsel. Plaintiff shall thereafter have 7 days to file its response, if any, to Defendant's motion and bill of costs and counsel fees.

BY THE COURT:

_____
Hon. Andrew S. Hanen, U.S.D.J.