LAW OFFICES

# JANSSEN KEENAN & CIARDI P.C.

JONATHAN F. BALL
DIRECT DIAL. 215-599-7249
JBALL@JANSSENKEENAN.COM

ONE COMMERCE SQUARE
SUITE 2050
2005 MARKET STREET
PHILADELPHIA, PA 19103

(FAX) 215-665-8887

United States District Court
Southern District of Texas
FILED

September 30, 2004

SEP 3 0 2004

Michael N. Milby
Clerk of Court

<u>Via Facsimile (956)-548-2612</u>

Hon. Andrew S. Hanen
United States District Court for
 the Southern District of Texas
Brownsville Division
600 E. Harrison Street, Suite #101
Brownsville, TX 78520

    Re:    **The National Hispanic Circus, Inc. v. Rex Trucking, Inc. and The Mason & Dixon Lines, Inc. v. The National Hispanic Circus, Inc.**
           U.S.D.C. Southern District of Texas, Civil Action No: B-02-135
           Our File No: 1846.002

Dear Judge Hanen:

    After the proceedings on September 28, 2004, we provided Plaintiff's counsel with information showing that: (1) Cherokee Insurance Company is neither a direct nor an indirect subsidiary of Defendant/Appellant The Mason and Dixon Lines, Inc.; (2) Cherokee Insurance Company has held an A- (Excellent) rating from A.M. Best for the past five years; and (3) that Cherokee Insurance Company possesses a current valid Certificate of Authority issued by the Texas Department of Insurance. In light of this information, opposing counsel advised me by e-mail earlier this afternoon that his client no longer has any objection to the supersedeas bond issued by Cherokee Insurance Company. Consequently, Defendant/Appellant respectfully requests that Your Honor accept this letter as a supplemental certificate of conference confirming that National Hispanic now concurs that the Mason and Dixon Lines, Inc. is entitled to the relief requested in its motion seeking approval of the supersedeas bond issued by Cherokee Insurance Company.

    Thank you for your kind attention to this matter.

                      Very truly yours,

                      JANSSEN KEENAN & CIARDI P.C.

                  By: *Jonathan Ball*
                      Jonathan F. Ball
                      Appellate Counsel to Defendant
                      The Mason and Dixon Lines, Inc.

JFB/klh
cc:    Stephen J. Chapman, Esquire (via facsimile (361) 882-9437)

LAW OFFICES

# JANSSEN KEENAN & CIARDI P.C.

ONE COMMERCE SQUARE
SUITE 2050
2005 MARKET STREET
PHILADELPHIA, PA 19103

215-665-8888

(FAX) 215-665-8887

# Facsimile Transmittal

| | | | |
|---|---|---|---|
| **To:** | Hon. Andrew S. Hanen | **FAX:** | 956-548-2612 |
| **From:** | Jonathan F. Ball | **Date:** | September 30, 2004 |
| **Re:** | Nat'l Hispanic Circus v. The Mason and Dixon Lines, Inc. | **File No.:** | 02-cv-00135 |
| **CC:** | Stephen Chapman, Esquire | **FAX:** | 361-882-9437 |
| | | **Pages w/ Cover:** | 2 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Notes:**

Letter regarding National Hispanic Circus, Inc.'s consent to Mason and Dixon Lines, Inc.'s Motion for Approval of Supersedeas Bond.

This facsimile transmission is intended for the addressee indicated above. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any review, dissemination, or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you received this transmission in error, please notify us immediately by telephone and mail the original to us at the above address.