# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | |
|---|---|
| THE NATIONAL HISPANIC § <br> CIRCUS, INC., a New York § <br> not-for-profit Corp. § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> REX TRUCKING, INC., a Texas § <br> Corporation, and THE MASON AND DIXON § <br> LINES, INC., A Michigan Corporation § <br>     Defendant. § <br> § | CIVIL ACTION NO. B-02-135 |

## ORDER

On September 28, 2004, Defendant The Mason and Dixon Lines, Inc. filed an "Emergency Motion To Strike Clerk's Certification of Judgment For Registration In Another District And For Leave To File A Motion For Imposition Of Rule 11 Sanctions Against Plaintiff And Its Counsel." Subsequent to the hearing, the parties agreed upon the supersedeas bond, and the Court granted the motion to approve the supersedeas bond on September 30, 2004 (docket number 90). Defendant's motion to strike the registration of the judgment was granted (docket numbers 94). Consequently, Defendant's motion for sanctions (docket number 95) is denied.

Signed in Brownsville, Texas, this 5th day of October, 2004.

Andrew S. Hanen
United States District Judge