United States District Court
Southern District of Texas
FILED

JUL 21 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 15, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

     No. 04-41217 Natl Hispanic Circus v. Rex Trucking Inc
     USDC No. 1:02-CV-135

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 5 ) Volumes    ( ) Envelopes    ( 1 ) Boxes

Enclosed for the district court and counsel is the approved bill of costs.

               Sincerely,

               CHARLES R. FULBRUGE III, Clerk

               By: *Sabrina B. Short*
                   Sabrina B. Short, Deputy Clerk
                   504-310-7817

cc: w/encl:
    Honorable Andrew S Hanen
    Mr Jonathan F Ball
    Mr Stephen Jeffrey Chapman

# BILL OF COSTS

JUL 07 2005

FILED

CHARLES R. FULBRUGE III
CLERK

**NOTE:** The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

The Clerk is requested to tax the following costs against: Mason & Dixon

The Mason & Dixon Lines v. The National Hispanic Circus   No. 04-41217

| COSTS TAXABLE UNDER Fed. R. App. P. & 5TH Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($250.00) | | | | | | | | |
| Appendix or Record Excerpts | 22 | 22 | .13 | 2.86 | 7 | 56 | .13 | 50.96 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 860 | 860 | .13 | 111.80 | 15 | 30 | .13 | 58.50 |
| Appellant's Reply Brief | | | | | | | | |
| Other: Index Tabs | 101 | | .25 | 25.25 | 4405 7 | 9 | .25 | 15.75 |
| Other GBC Binders-Small | 22 | | 2.05 | 44.33 prver,72 | | 1.50 | 13.06 | 33.00 |
| | | | Total $ 199.38 | | | tax 8.25% | 1.50 | |

Costs are hereby taxed in the amount of $ 171.27  this  15th  day of  July , 2005.

Costs are taxed in the amount of $ 171.27

CHARLES R. FULBRUGE III, CLERK

By _/s/_ Deputy Clerk

State of _____
County of Nueces

I, Stephen Chapman , do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This  6  day of  July 

(Signature) _/s/_

Attorney for The National Hispanic Circus

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS