United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

**FILED**

June 23, 2005

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

United States District Co...
Southern District of Te...
FILED

No. 04-41217

JUL 21 2005

D.C. Docket No. 1:02-CV-135

Michael N. Milby
Clerk of Court

THE NATIONAL HISPANIC CIRCUS INC, A New York not-for-profit
Corporation

        Plaintiff - Counter Defendant - Appellee

  v.

REX TRUCKING INC, Etc; ET AL

        Defendants

MASON & DIXON LINES INC

        Defendant - Counter Claimant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before WIENER, DeMOSS, and PRADO, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and was
argued by counsel.

    It is ordered and adjudged that the judgment of the District
Court is affirmed.

    IT IS FURTHER ORDERED that appellant pay to appellee the
costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUL 15 2005

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _Sabrina B Short_
        Deputy

New Orleans, Louisiana    JUL 15 2005