IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 2 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>  Plaintiff | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>  Defendant | § § § § | |
| and | § | |
| THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION<br>  Defendant/Counter-Plaintiff | § § § § § | |
| v. | § § | |
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>  Counter-Defendant | § § § § § | |

### DEFENDANT THE MASON AND DIXON LINES, INC.'S
### UNOPPOSED MOTION FOR ORDER MARKING JUDGMENT SATISFIED
### AND RELEASE OF SUPERSEDEAS BOND

Defendant The Mason and Dixon Lines, Inc. moves this Honorable Court to enter an order marking the judgment entered June 25, 2004 satisfied, and directing the Clerk to release and return to Defendant's counsel the supersedeas bond that Defendant posted to stay enforcement of the judgment pending disposition of The Mason and Dixon Lines, Inc.'s appeal to the United States Court of Appeals for the Fifth Circuit. In support thereof, The Mason and Dixon Lines avers as follows:

1. On June 25, 2004, this Honorable Court entered judgment upon the jury's verdict, as modified, in the amount of $116,400 in favor of Plaintiff, The National Hispanic Circus, Inc., and against Defendant, The Mason and Dixon Lines, Inc.

2. The Mason and Dixon Lines, Inc. timely filed an appeal to the United States Court of Appeals for the Fifth Circuit.

3. In conjunction with its appeal, The Mason and Dixon Lines, Inc. presented for the Court's approval a supersedeas bond (No. SB-000024A) in the amount of $128,689.12.

4. This Honorable Court approved the bond filed by The Mason and Dixon Lines, Inc., and directed that the bond was to stand as a supersedeas until the final determination of the appeal.

5. In an opinion dated June 23, 2005, the United States Court of Appeals for the Fifth Circuit affirmed the judgment of this Honorable Court.

6. The Mason and Dixon Lines, Inc. opted not to pursue further appellate review.

7. The Mason and Dixon Lines, Inc. has satisfied the judgment and also paid The National Hispanic Circus, Inc.'s costs as taxed by the Clerk of the Court of Appeals.

8. Inasmuch as the appeal has been finally concluded, and, inasmuch as the judgment in favor of The National Hispanic Circus, Inc., and against The Mason and Dixon Lines, Inc. has been satisfied, The Mason and Dixon Lines, Inc. seeks the release and return of the supersedeas bond it filed to stand as a supersedeas during the pendency of its appeal, as well as an order marking the judgment satisfied.

9. As set forth in the accompanying Certificate of Conference, The Mason and Dixon Lines, Inc.'s undersigned counsel has determined that The National Hispanic Circus, Inc. does not oppose the grant of the relief requested in this motion.

WHEREFORE, for all of the foregoing reasons, The Mason and Dixon Lines respectfully requests that this Honorable Court enter an order marking the judgment entered June 25, 2004 satisfied, and directing the Clerk to release and return to Defendant's counsel Bond No. SB-000024A, approved and filed September 30, 2004.

Respectfully submitted

BY: *Jonathan Ball*
Jonathan F. Ball
APPELLATE COUNSEL
JANSSEN & KEENAN P.C.
One Commerce Square, Suite 2050
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-8888
Telecopier: (215) 665-8887

ATTORNEYS FOR DEFENDANT,
THE MASON AND DIXON LINES, INC.