IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Plaintiff | § § § § § | |
| v. | § | CIVIL ACTION NO. B-02-135 |
| REX TRUCKING, INC., A TEXAS CORPORATION<br>    Defendant | § § § § | |
| and | § | |
| THE MASON AND DIXON LINES, INC., A MICHIGAN CORPORATION<br>    Defendant/Counter-Plaintiff | § § § § | JURY DEMANDED |
| v. | § § | |
| THE NATIONAL HISPANIC CIRCUS, INC., A NEW YORK NOT-FOR-PROFIT CORPORATION<br>    Counter-Defendant | § § § § § | |

**CERTIFICATE OF CONFERENCE REGARDING
DEFENDANT THE MASON AND DIXON LINES, INC.'S
MOTION FOR ORDER MARKING JUDGMENT SATISFIED
AND FOR RELEASE OF SUPERSEDEAS BOND**

I, Jonathan F. Ball, hereby certify that, as more fully described below, I have conferred with Plaintiff's counsel and have determined that Plaintiff does not oppose the grant of the relief requested in The Mason and Dixon Lines, Inc.'s Motion for Order Marking Judgment Satisfied and Release of Supersedeas Bond:

    1.    I am a member of the Bar of the United States Court of Appeals for the Fifth Circuit and I am serving as lead appellate counsel to The Mason and Dixon Lines, Inc. in its

appeal of the judgment entered against it in this matter. I am associated with the firm of Janssen & Keenan P.C. Jeffrey Cohen of this firm served as attorney in charge for Defendant The Mason and Dixon Lines, Inc. before this Honorable Court.

2. In connection with its appeal, The Mason and Dixon Lines, Inc. filed a motion for approval of supersedeas bond in this Honorable Court on September 20, 2004. The motion was granted, and the bond was approved and filed, pursuant to this Court's order dated September 30, 2004.

3. As noted in the motion, the United States Court of Appeals for the Fifth Circuit issued a decision on June 23, 2005 in which it affirmed the judgment entered by this Honorable Court.

4. The Mason and Dixon Lines, Inc. decided not to pursue further appellate review and satisfied the judgment, including accrued post-judgment interest.

5. The Mason and Dixon Lines also satisfied Plaintiff's costs taxed by the United States Court of Appeals for the Fifth Circuit.

6. The Mason and Dixon Lines, Inc.'s counsel exchanged e-mail correspondence with Plaintiff's counsel regarding the foregoing motion for release of the supersedeas bond.

7. Plaintiff's counsel indicated that upon its receipt of payment in satisfaction of the judgment, it had not objection to the release of the bond.

8. Plaintiff's counsel has since confirmed that he has received payment in satisfaction of the judgment, as well as payment of the costs taxed by the Court of Appeals.

9. In light of the above, Plaintiff does not oppose the requested release of the supersedeas bond.

_____
Jonathan F. Ball

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Release of Supersedeas Bond was served via First Class United States Mail, postage pre-paid, on this 21st day of September, 2005, on counsel listed below:

>Stephen J. Chapman, Esquire
>Barker, Leon, Fancher & Matthys
>Tower II - Suite 1200
>555 N. Carancahua Street
>Corpus Christi, TX 78478

_____
Jonathan F. Ball