IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE NATIONAL HISPANIC<br>CIRCUS, INC., A NEW YORK<br>NOT-FOR-PROFIT CORPORATION<br>    Plaintiff<br><br>v.<br><br>REX TRUCKING, INC., A TEXAS<br>CORPORATION<br>    Defendant<br><br>and<br><br>THE MASON AND DIXON LINES, INC.,<br>A MICHIGAN CORPORATION<br>    Defendant/Counter-Plaintiff<br><br>v.<br><br>THE NATIONAL HISPANIC<br>CIRCUS, INC., A NEW YORK<br>NOT-FOR-PROFIT CORPORATION<br>    Counter-Defendant | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-135 |

## **ORDER**

AND NOW, this _____ day of September, 2005, upon consideration of The Mason and Dixon Lines, Inc.'s motion for order marking judgment satisfied and directing the Clerk of the Court to release and return the supersedeas bond (No. SB-000024A) it filed in connection with its appeal, and it appearing that: (1) the appeal has been concluded, (2) The Mason and Dixon Lines have paid the judgment in favor of The National Hispanic Circus, Inc., as well as the costs taxed in favor of The National Hispanic Circus, Inc., and (3) The National Hispanic Circus, Inc. does not oppose the grant of the requested relief it is hereby **ORDERED** that The Mason and Dixon Lines, Inc.'s motion is **GRANTED**. The Clerk of the Court is directed to mark the

judgment entered on June 25, 2004 satisfied. The Clerk of the Court is further directed to release the supersedeas bond (No. SB-000024A) and return it to The Mason and Dixon Lines, Inc.'s appellate counsel, Jonathan F. Ball, Esquire, JANSSEN & KEENAN P.C., 2005 Market Street, Suite 2050 Philadelphia, PA 19103.

BY THE COURT:

_____
Honorable Andrew S. Hanen, District Judge