United States District Court
Southern District of Texas
FILED

DEC 2 7 2005

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Jonathan F. Ball**
**Janssen Keenan & Ciardi, P.C.**
**One Commerce Square**
**Suite 2050**
**2005 Market Street**
**Philadelphia, PA  19103**

*B-02-CV-135-Orig. Super. Bond*

2. Article Number

7003 1010 0003 6967 7066

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

12-19

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type

☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D

4. Restricted Delivery? (Extra Fee)      ☐ Yes

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-0381